# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### WEST PALM BEACH DIVISION

Case No. **05-80825**

**CIV-MIDDLEBROOKS**

MAGISTRATE JUDGE
JOHNSON

| | |
|---|---|
| ALPHONSO MITCHELL, | ) |
| HUBERT ABRAHAMS, | ) |
| MOSES ACHORD, | ) |
| ALBERT AIMABLE, | ) |
| IGNATIUS ALCEE, | ) |
| ISIDORE ALCIDE, | ) |
| AARON ALEXANDER, | ) |
| BARTHOLOMEW ALEXANDER, | ) |
| BRENTON ALEXANDER, | ) |
| FRANCIS ALEXANDER, | ) |
| GABRIEL ALEXANDER, | ) |
| GEORGE ALEXANDER, | ) |
| HENRY ALEXANDER, | ) |
| MICHAEL ALEXANDER, | ) |
| MICHAEL ALEXANDER, | ) |
| RUSSEL ALEXANDER, | ) |
| STANISLAS ALEXANDER, | ) |
| STEPHEN ALEXANDER, | ) |
| SYLVESTER ALEXANDER, | ) |
| GABRIEL ALFRED, | ) |
| CALVIN ALLEN, | ) |
| DONAVAN ALLEN, | ) |
| EVERALD ALLEN, | ) |
| GEORGE ALLEN, | ) |
| JOSEPH ALLEN, | ) |
| JOSLYN ALLEN, | ) |
| RUEBEN ALLEN, | ) |
| TELMIE ALLEN, | ) |
| ATHOL ALLEYNE, | ) |
| DAVID ALLEYNE, | ) |
| JEFFREY ALLEYNE, | ) |
| LOUIS ALLEYNE, | ) |
| ~~JAMES ALLWOOD,~~ | ) |

**CLASS ACTION**



ALBERT ANDERSON,                    )
KENNETH ANDERSON,                   )
ANDREW ALPHONSE,                    )
LAWRENCE ALPHONSE,                  )
PATRICK ALPHONSE,                   )
PETER ALPHONSE,                     )
BALDWIN ANDERSON,                   )
CLAY ANDERSON,                      )
ROHAN ANDERSON,                     )
LOCKSLEY ANGLIN,                    )
PATRICK ANGLIN,                     )
GLENROY ANNIKIE,                    )
LAWRENCE ANTHONY,                   )
IVES ANTOINE,                       )
OCTAVIUS ANTOINE,                   )
PATRICK ANTOINE,                    )
PETER ASHTON,                       )
ORAL ATKINSON,                      )
JUSTIN AUGUSTE,                     )
SIMON AUGUSTE,                      )
HERBERT AUGUSTIN,                   )
MACARIUS AURELIAN,                  )
ALBERT AUSTIN,                      )
CHRISTOPHER AUSTIN,                 )
EUSTACE AVRIL,                      )
CLIVE BAILEY,                       )
JOSEPH BAILEY,                      )
LEROY BAILEY,                       )
LINGEL BAILEY,                      )
NEVILLE BAILEY,                     )
JOHN BAKER,                         )
DENNIS BALLANTYNE,                  )
DONALD BALLANTYNE,                  )
VINCENT BALLANTYNE,                 )
DANIEL BARCLAY,                     )
ERIC BARCLAY,                       )
RONALD BARNES,                      )
RONNIE BARNETT,                     )
RUPERT BARNETT,                     )
CHEVAN BARRACKS,                    )
ARNOLD BARRETT,                     )
CALVIN BARRETT,                     )
CARL BARRETT,                       )
GLEN BARRETT,                       )
HEADLEY BARRETT,                    )

LEAFORD BARRETT,                          )
ALFRED BARTLEY,                           )
VINCENT BARTLEY,                          )
CLOVIS BATISTE,                           )
ANTHONY BAXTER,                           )
VINCENT BEASON,                           )
ALSON BECKFORD,                           )
CEAFORD BECKFORD,                         )
WELLESLEY BECKFORD,                       )
WINSTON BECKFORD,                         )
WHITFIELD BELGRAVE,                       )
ERNEST BELL,                              )
MICHAEL BELLAMY,                          )
RALDEN BELLANFANTE,                       )
DONALD BEMBRIDGE,                         )
KENNETH BENNETT,                          )
ROY BENNETT,                              )
VICTOR BENNETT,                           )
WILBERT BENNETT,                          )
WINSTON BENNETT,                          )
ATHERTON BENSKIN,                         )
LESTER BENT,                              )
NEVIN BENT,                               )
DANIEL BERNARD,                           )
LLOYD BERNARD,                            )
CLIVE BERT,                               )
PHILLIP BERTIN,                           )
GEORGE BINGHAM,                           )
AUGUSTUS BINNS,                           )
TONEY BISH,                               )
EUGENE BISSETTE,                          )
WALBERT BLACK,                            )
AUDLEY BLACKWOOD,                         )
BASIL BLACKWOOD,                          )
JOHN BLACKWOOD,                           )
MANLEY BLACKWOOD,                         )
NATHANIEL BLAIR,                          )
RUPERT BLAIR,                             )
BANCROFT BLAKE,                           )
CLAUDIUS BLAKE,                           )
DONOVAN BLAKE,                            )
FELIX BLAKE,                              )
NEVILLE BLAKE,                            )

**PERCIVAL BLAKE,**                    )
**TERRENCE BLAKE,**                    )
**LEON BLEARY,**                       )
**ALSTON BOBB,**                       )
**FERDINAND BOOTHE,**                  )
**FITZROY BOSWELL,**                   )
**GARNETT BOWEN,**                     )
**KEITH BOWEN,**                       )
**NEVILLE BOWYER,**                    )
**WINFIELD BOYCE,**                    )
**BERRIS BOYD,**                       )
**ERROL BRADY,**                       )
**STANFORD BRADY,**                    )
**PATRICK BRICE,**                     )
**LINTON BRISTOL,**                    )
**GENTLE BRITTON,**                    )
**ALANZO BROOKS,**                     )
**BARRINGTON BROOKS,**                 )
**DESLAND BROOMFIELD,**                )
**ALLAN BROWN,**                       )
**ALTON BROWN,**                       )
**AMOS BROWN,**                        )
**BARRINGTON BROWN,**                  )
**CARLTON BROWN,**                     )
**CASWELL BROWN,**                     )
**CONRAD BROWN,**                      )
**DENSEL BROWN,**                      )
**EVERTON BROWN,**                     )
**GARNETT BROWN,**                     )
**GILBERT BROWN,**                     )
**HENRY BROWN,**                       )
**IVAN BROWN,**                        )
**JOSLYN BROWN,**                      )
**KENNETH BROWN,**                     )
**KENNETH BROWN,**                     )
**LEROY BROWN,**                       )
**LEWIN BROWN,**                       )
**LINDEN BROWN,**                      )
**NEVILLE BROWN,**                     )
**NEVILLE BROWN,**                     )
**RONALD BROWN,**                      )
**STANFORD BROWN,**                    )
**STEPHEN BROWN,**                     )

- 4 -

TIMOTHY BROWN,                     )
WARREN BROWN,                      )
WAYNE BROWN,                       )
WHITLEY BROWN,                     )
WILBURN BROWN,                     )
WILFRED BROWN,                     )
CHARLES BROWNE,                    )
JOHN BRYAN,                        )
LESBERT BRYAN,                     )
CARLTON BRYHAM,                    )
CELON BUCKLEY,                     )
PUTTECK BURCHELL,                  )
CALVIN BURKE,                      )
TREVOR BURKE,                      )
LEONARD BURKETT,                   )
ALBERT BURRELL,                    )
AUGUSTUS BURTON,                   )
CARLTON BURTON,                    )
ST. CLAIR BUTE,                    )
ULETT BUTLER,                      )
WILLIAM CADETTE,                   )
GRAFTON CAESAR,                    )
DEVON CALAME,                      )
STERLEY CALAME,                    )
LEONARD CAMERON,                   )
STANFORD CAMERON,                  )
WAYNE CAMERON,                     )
ENOS CALLUM,                       )
LINFORD CALVIN,                    )
RALPH CAMILLE,                     )
GUY CAMMOCK,                       )
ALBERT CAMPBELL,                   )
BRADY CAMPBELL,                    )
CALVIN CAMPBELL,                   )
HERDON CAMPBELL,                   )
LAMBERT CAMPBELL,                  )
LLOYD CAMPBELL,                    )
MANSEL CAMPBELL,                   )
MAURICE CAMPBELL,                  )
NEVILLE CAMPBELL,                  )
NORVAL CAMPBELL,                   )
PATRICK CAMPBELL,                  )
RODERICK CAMPBELL,                 )

TEDDY CAMPBELL,                )
TYRONE CAMPBELL,               )
WADE CAMPBELL,                 )
WINSTON CAMPBELL,              )
WINSTON CAMPBELL,              )
VINCENT CAREY,                 )
NEVILLE CARR,                  )
FITZROY CARTY,                 )
NORMAN CASSINS,               )
GREGORY CENAC,                 )
BERESFORD CHAMBERS,           )
CEBERT CHAMBERS,               )
CECIL CHAMBERS,                )
LEROY CHAMBERS,                )
LINDSAY CHAMBERS,             )
TREVOR CHAMBERS,               )
HENRY CHARLERY,                )
HARRY CHARLES,                 )
RAYMOND CHARLES,               )
SAMUEL CHISHOLM,               )
AARON CHRISTIE,                )
ALANZO CLARKE,                 )
ALMANDO CLARKE,                )
ANTHONY CLARKE,                )
ARTHUR CLARKE,                 )
CLIFTON CLARKE,                )
CLIVE CLARKE,                  )
DAVID CLARKE,                  )
GEORGE CLARKE,                 )
JUNIOR CLARKE,                 )
KESLEY CLARKE,                 )
LEON CLARKE,                   )
ORIEL CLARKE,                  )
ROY CLARKE,                    )
STANLEY CLARKE,                )
WAYNE CLARKE,                  )
STANFORD COBRE,                )
GLENROY CODNER,                )
MICHAEL COLE,                  )
RODERICK COLEY,                )
STEVE COLEY,                   )
ALEXIS COLLINS,                )
FERDINAL COLLINS,              )

AUGUSTINE COLLYMORE,                )
HARRINGTON COLQUHOUN,               )
LEVI COMBS,                         )
DALTON COOPER,                      )
DENNIS COPE,                        )
ALBERT CORNIBERT,                   )
DENSLEY CORNWALL,                   )
LINCOLN COWAN,                      )
ERROL COWANS,                       )
REYNOLD CRAIGG,                     )
TREVOR CREARY,                      )
FRANK CREIGHTNEY,                   )
GEORGE CROOKS,                      )
WYCLIFFE CROOKS,                    )
SEAFORD CROSS,                      )
BENEDICT CUFFY,                     )
REGINALD CUMMINGS,                  )
ERIC CUNNINGHAM,                    )
VIVIAN CURRIE,                      )
DICKY DaCOSTA,                      )
CARLTON DALE,                       )
AUEL DALEY,                         )
BERNARD DALEY,                      )
CARLTON DALEY,                      )
LASCELLES DALEY,                    )
RANDAL DALEY,                       )
JOHN DANIEL,                        )
PETER DANIEL,                       )
ERROL DANIELS,                      )
ERNEL DARCAS,                       )
ALEXANDER DARLINGTON,               )
RUDOLPH DARLINGTON,                 )
HILDRETH DARROUX,                   )
JOSEPH DAVID,                       )
CLAUDIUS "Claude" DAVIDSON,         )
ANSEL DAVIS,                        )
RICHARD DAVIS,                      )
WOODROW DAVIS,                      )
ALBAN DAVY,                         )
BALVIN DAVY,                        )
DENZIL DAVY,                        )
DONOVAN DAWES,                      )
GLENFORD DAWKINS,                   )

**EVERTON DAWSON,**                      )
**ERROL DEANS,**                         )
**GRAFTON DEGRADS,**                     )
**ANTOINE DEMILLE,**                     )
**CYRIL DENNIS,**                        )
**VINCENT DENNIS,**                      )
**ALBERT DESCARTES,**                    )
**MATHURIN DESCARTES,**                  )
**FEDELIS DESIR,**                       )
**WALFORD DICK,**                        )
**DENNIE DIXON,**                        )
**JOSEPH DIXON,**                        )
**ROY DIXON,**                           )
**ROYLYN DIXON,**                        )
**VERNON DIXON,**                        )
**HARRY DOMVILLE,**                      )
**DENNIS DONALD,**                       )
**LESTER DONALDSON,**                    )
**MICHAEL DONALDSON,**                   )
**CORNELIUS DORLEON,**                   )
**OSCAR DOTTIN,**                        )
**DELROY DOUGLAS,**                      )
**GLENMORE DOUGLAS,**                    )
**WILLIAM DOUGLAS,**                     )
**LUPERT DOWNER,**                       )
**ROBERT DOWNER,**                       )
**EDWARD DRACKETT,**                     )
**WINSTON DRUMMOND,**                    )
**DENTON DRYSDALE,**                     )
**LUKE DUBLIN,**                         )
**GARRICK DUFFUS,**                      )
**JOSEPH DUHANEY,**                      )
**ELVIS DUKE,**                          )
**ALPHANSO DUNCAN,**                     )
**PETER DUNCAN,**                        )
**WILBERT DUNCAN,**                      )
**DESMOND DUNKLEY,**                     )
**VICTOR DUNKLEY,**                      )
**LLOYD DUNN,**                          )
**LAWRENCE DYER,**                       )
**RENFORD EARLE,**                       )
**ROLAND EARLE,**                        )
**VICTOR EBANKS,**                       )

VINCENT ECCLESTON, )
HENRY EDWARDS, )
ROY EDWARDS, )
ERVIN ELLIOTT, )
MOSES ELLIOTT, )
GEORGE ELLIS, )
NOEL ELLIS, )
WILSON EMMANUEL, )
ANTHONY EDWARDS, )
CLINCIE EDWARDS, )
HALDON EDWARDS, )
LEVI EDWARDS, )
RALPH EDWARDS, )
BERRESFORD ELLIS, )
DALTON ELLIS, )
GEORGE ELLIS, )
JOHN ELLIS, )
RAYBURNE ELLIS, )
TREVOR ELLIS, )
NICKLETON ELVIE, )
JAMES ELVY, )
WINSTON ENDEAVOR, )
ALBERT EVERETT, )
WINLEY EWART, )
PETE EWER, )
AUSTIN FACEY, )
GARFIELD FALLOON, )
SHIRLEY FAULKNOR, )
ROY FEARON, )
GABRIEL FELIX, )
URIAH FERGUSON, )
BOVELL FINDLAY, )
SELVIN FINDLEY, )
CECIL FISHER, )
FITZROY FISHER, )
JERRY FISHER, )
JOSIAH FISHER, )
HERBERT FLYNN, )
RICHARD FISHER, )
GIBSON FORBES, )
LENFORD FORBES, )
ROBERT FORBES, )
WENDEL FORBES, )

- 9 -

ALBERT FORD,                      )
WIGNAL FORGIE,                    )
LENSON FOSTER,                    )
NEVILLE FOSTER,                   )
RAYMOND FOSTER,                   )
RODNEY FOSTER,                    )
SHEM FOSTER,                      )
ZEPHANIAH FOSTER,                 )
JOHN FRAME,                       )
CHRISTOPHER FRANCIS,              )
DONOVAN FRANCIS,                  )
EDWARD FRANCIS,                   )
NATHANIEL FRANCIS,                )
STANLEY FRANCIS,                  )
VASSELL FRANCIS,                  )
RESTWICK FRANCOIS,                )
ANTHONY FRASER,                   )
CLEVELAND FRASER,                 )
EARL FRATER,                      )
HANSEL FRATER,                    )
EVERTON FRAZER,                   )
GEORGE ROY FREDERICK,             )
VILROY FULLER,                    )
ROSNELL FULLERTON,                )
CECIL GABBIDON,                   )
ANTHONY GALLOWAY,                 )
ERROL GARDNER,                    )
HORACE GARVEY,                    )
ALBERT GAYLE,                     )
DESMOND GAYLE,                    )
RAPHAEL GAYLE,                    )
RAYMOND GAYLE,                    )
ROBERT GAYLE,                     )
RONAIE GAYLE,                     )
WESLEY GAYLE,                     )
RAWEL GAYNOR,                     )
VINCENT GENTLE,                   )
DONALD GENTLES,                   )
FRANCIS GEORGE,                   )
OCTAVE GERVAIS,                   )
HERBERT GILBERT,                  )
ALFRED GILLESPIE,                 )
DESMOND GIVANS,                   )

HUBERT GIVANS,                          )
JOHN GOLDING,                           )
BARRINGTON GONZALES,                    )
RALSFORD GOODEN,                        )
CARL GORDON,                            )
CURTIS GORDON,                          )
JOSIAH GORDON,                          )
LAMBERT GORDON,                         )
LANSFORD GORDON,                        )
LEWIS GORDON,                           )
LEONARD GORDON,                         )
NOEL GORDON,                            )
LASCELLES GRACE,                        )
ALVIN GRAHAM,                           )
BERESFORD GRAHAM,                       )
CLIFTON GRAHAM,                         )
DESMOND GRAHAM,                         )
FREDERICK GRAHAM,                       )
HARRIS GRAHAM,                          )
LEVI GRAHAM,                            )
CONSTANTINE GRANDISON,                  )
BARRINGTON GRANT,                       )
DONOVAN GRANT,                          )
EVAN GRANT,                             )
EUSTACE GRANT,                          )
FITZROY GRANT,                          )
FREDERICK GRANT,                        )
HAROLD GRANT,                           )
ISAAC GRANT,                            )
JACOB GRANT,                            )
OSCAR GRANT,                            )
RUPERT GRANT,                           )
SELVIN GRANT,                           )
BASIL GRAY,                             )
GLASTON GRAY,                           )
HUBERT GRAY,                            )
LENFORD GRAY,                           )
OTHNIEL GRAY,                           )
CECIL GREEN,                            )
CLINTON GREEN,                          )
FRANKLYN GREEN,                         )
FRANKLYN GREEN,                         )
HASTING GREEN,                          )

MATHIAS GREEN,                          )
ROBERT GREEN,                           )
WESLEY GREEN,                           )
THEOPHILUS GREENIDGE,                   )
EWART GREENWALD,                        )
DELROY GRIFFITHS,                       )
EDWARD GRIFFITHS,                       )
THEODORE GURLEY,                        )
MELVIN GUTHRIE,                         )
ROY GUY,                                )
ROBERT GYLES,                           )
CORDELL HALL,                           )
HEZEKIAH HALL,                          )
RONALD HALL,                            )
DELVIN HAMILTON,                        )
PAUL HANSON,                            )
WINSTON HARDWARE,                       )
JUNIOR HARRIOTT,                        )
GLENTON HARRIS,                         )
OWEN HARRIS,                            )
PATRICK HARRIS,                         )
LENBERT HARVEY,                         )
JAMES HAUGHTON,                         )
JAMES HAUGHTON,                         )
FERRON HEATH,                           )
GEORGE HENDRICKS,                       )
ROBERT HENLON,                          )
LLOYD HENNINGHAM,                       )
BARRINGTON HENRY,                       )
CECIL HENRY,                            )
DAVID HENRY,                            )
DERMAN HENRY,                           )
EZEKIEL HENRY,                          )
EZEKIEL HENRY,                          )
LINTON HENRY,                           )
RALSTON HENRY,                          )
UPTON HENRY,                            )
STEPHEN HERBERT,                        )
DERRICK HEWITT,                         )
ALVIN HINES,                            )
LLOYD HINES,                            )
MERVIN HIPPOLYTE,                       )
TIMOTHY HIPPOLYTE,                      )

REGINALD HOLMES,                    )
NOEL HONEYGAN,                      )
OCAL HOWARD,                        )
ERROL HOWELL,                       )
ISAAC NEWTON HOWELL,                )
ROBERT HOWELL,                      )
RAYMOND HUDSON,                     )
LINFORD HUGHES,                     )
ALVIN HUNTER,                       )
CECIL HUTCHINSON,                   )
DESSIEL HUTCHINSON,                 )
DONALD HUTTON,                      )
VINCENT HYLTON,                     )
MAXWELL INGRAM,                     )
JOSEPH ISIDORE,                     )
NORBERT ISIDORE,                    )
ERROL IVES,                         )
CALVERT JACKSON,                    )
DENHAM JACKSON,                     )
DONALD JACKSON,                     )
ROBERT JACKSON,                     )
WILBURN JACKSON,                    )
ANTOINE JAMES,                      )
ERROL JAMES,                        )
EVERALD JAMES,                      )
ORVILLE JAMES,                      )
RANSFORD JAMES,                     )
ROYFORD JAMES,                      )
VINCENT JAMES,                      )
HERMAN JAMIESON,                    )
CLAUDE JHAGROO,                     )
DAVID JN-BAPTISTE,                  )
ASTON JOHNSON,                      )
BERIS JOHNSON,                      )
BONNITA JOHNSON,                    )
ERROL JOHNSON,                      )
KENNEDY JOHNSON,                    )
NEVILLE JOHNSON,                    )
OSMOND JOHNSON,                     )
ROY JOHNSON,                        )
WINSTON JOHNSON,                    )
YOUVILLE JOHNSON,                   )
ALFRED JONES,                       )

CLINTON JONES, )
DARLTON JONES, )
DELROY JONES, )
ERROL JONES, )
LINTON JORDON, )
PIERRE JOSEPH, )
ROMAULD JOSEPH, )
ADOLPHUS JOSEPHS, )
ORETTE JOSEPHS, )
LEONARD JOYLES, )
BYRON KELLY, )
CLIVE KELLY, )
WILBERFORCE KELLY )
DESMOND KELLYMAN, )
HORACE KENT, )
JEFFERSON KING, )
JAMES KITSON, )
JOEL KITSON, )
SOARES LAING, )
FITZROY LATOUCHE, )
DANIEL LAURENT, )
MICHEL LAURENT, )
HESTA LAWRENCE, )
LEBERT LAWRENCE, )
RAYMOND LAWRENCE )
DENZIL LAWSON, )
ANTHONY LECKY, )
JOSEPH LEWIN, )
CLIVE LEWINSON, )
ARCHIBALD LEWIS, )
CECIL LEWIS, )
CLIFTON LEWIS, )
CLIVE LEWIS, )
RAINFORD LEWIS, )
ROBERT LEWIS, )
STEPHEN LEWIS, )
WILLIAM LEWIS, )
KERN LINGO, )
HENRY LINTON, )
VINCENT LIVERMORE, )
BARRINGTON LOCKE, )
BERTEL LOWERS, )
LEON LUKE, )

- 14 -

DERRICK LYNCH,                          )
WAYNE LYNCH,                            )
KESNA LYONS,                            )
RANSFORD LYONS,                         )
AARON LYTTLE,                           )
ASTLEY LYTTLE,                          )
TREVOR MARAGH,                          )
GLENFORD MARSHALL,                      )
ORVILLE MARSHALL,                       )
OWEN MARSHALL,                          )
CASPER MARTIN,                          )
IVOR MARTIN,                            )
MORRIS MARTIN,                          )
STEVE MASON,                            )
WINSTON MATHRA,                         )
VELWIT MATTHEWS,                        )
GLENFORD MATTIS,                        )
CURTIS MAXWELL,                         )
WINSTON MAXWELL,                        )
ERROL McBAIN,                           )
ERROL McCARTHY,                         )
ALLAN McCOOK,                           )
ALSTON McCREE,                          )
VERLEY McDERMOTH,                       )
JAMES McDONALD,                         )
JOSEPH McDONALD,                        )
LANSY McDONALD,                         )
NEVILLE McDONALD,                       )
ROY McDONALD,                           )
VINCENT McDONALD,                       )
WILFRED McDONALD,                       )
CARLTON McFARLANE,                      )
ALTIMAN McGANN,                         )
URIAH McINNIS,                          )
ALPHANSO McINTOSH,                      )
DEVON McKAY,                            )
MIGUEL McKELLAR,                        )
ANSEL McKENZIE,                         )
FREDERICK McKENZIE,                     )
GEORGE McKENZIE,                        )
IVANHOE McKENZIE,                       )
LEONARD McKENZIE,                       )
LEROY McKENZIE,                         )

ONRICK McKENZIE,                    )
TREVOR McKENZIE,                    )
WENDEL McKENZIE,                    )
CLANMORE McKIE,                     )
CLIVE McLAREN,                      )
ALRICK McLEAN,                      )
COLLIN McLEAN,                      )
DERRICK McLEAN,                     )
GODFREY McLEAN,                     )
SAMUEL McLEAN,                      )
WINSTON McLEAN,                     )
ASTON McLEOD,                       )
DONALD McMAHON,                     )
CHARLES McMURRIN,                   )
CALVIN McNAMEE,                     )
EARL McNAUGHT,                      )
ERIC McPHERSON,                     )
CALFORD MEADE,                      )
HILLARY MEEKS,                      )
CECIL MENDEZ,                       )
KEITH MENDEZ,                       )
JUNIOR MIGNOTT,                     )
AUDLEY MILLER,                      )
KENNETH MILLER,                     )
LANCE MILLER,                       )
URIEL MILLER,                       )
BERESFORD MILLS,                    )
MICHAEL MITCHELL,                   )
MICHAEL MONROSE,                    )
TWIDLING MONTEQUE,                  )
DAVID MOORE,                        )
WINSTON MOORE,                      )
DELROY MORGAN,                      )
EDMOND MORGAN,                      )
KERMIT MORGAN,                      )
OWEN MORGAN,                        )
PETER MORGAN,                       )
RANSFORD MORGAN,                    )
CECIL MORRIS,                       )
JOHNNY MORRIS,                      )
LEROY MORRIS,                       )
ELI MORRISON,                       )
TREVOR MORRISON,                    )

HENRY MUIR,                          )
ALPHAEUS MULLINGS,                   )
LENNOX MUNROE,                       )
DERRICK MURPHY,                      )
RICHARD MURRAY,                      )
BENJAMIN MYERS,                      )
FREDERICK MYLES,                     )
HORACE MYERS,                        )
ELIAS NEIL,                          )
WINSTON NEIL,                        )
AUGUSTUS NELSON,                     )
NATHANIEL NELSON,                    )
SELVIN NELSON,                       )
ZACKY NELSON,                        )
GLANSIE NEPHEW,                      )
KENSIL NEVERS,                       )
GREGORY NEVERSOM,                    )
WINSTON NEWTON,                      )
ODOLPH NEWMAN,                       )
LIONEL NICHOLSON,                    )
MICHAEL NOEL,                        )
CHARLES NORRIS,                      )
CRIDLAND NUGENT,                     )
LLOYD NUGENT,                        )
PHILLIP OAKLEY,                      )
BERTRAM OATES,                       )
ROY O'CONNER,                        )
DENNIS OLIPHANT,                     )
ASTON OLIVER,                        )
JUSTIN OLLIVIERRE,                   )
DONALD ORMSBY,                       )
IVAN ORMSBY,                         )
HERMAN OSBOURNE,                     )
MARSHALL OSBOURNE,                   )
ALVIN PALMER,                        )
FIDEL PALMER,                        )
JUBERT PALMER,                       )
ROBERT PALMER,                       )
MAURICE PALTON,                      )
NORMAN PANTON,                       )
DUDLEY PARKES,                       )
NORMAN PARKES,                       )
KENROY PARKINSON,                    )

ANTHONY PATTERSON,                    )
JOHN PATTERSON,                       )
ANTHONY PAUL,                         )
JOSEPH PAUL,                          )
WITTENELLA PEARSON,                   )
CARLTON PEART,                        )
ERIC PEDDIE,                          )
ALTIMORE PERRY,                       )
FITZBERT PERRY,                       )
VINTON PERRY,                         )
DELROY PESSOA,                        )
ROBERT PETER,                         )
MELTON PHILLIPS,                      )
VASSEL PHOENIX,                       )
LASCELLES PINNOCK,                    )
LISTON PINNOCK,                       )
MELBOURNE PINNOCK,                    )
LESBURN PLATT,                        )
NEVILLE PORTER,                       )
RAYMOND POMPEY,                       )
ALBERT POWELL,                        )
BALZIE POWELL,                        )
CLARENCE POWELL,                      )
LENFORD POWELL,                       )
LEONARD POWELL                        )
RODERICK POWELL,                      )
ROY POWELL,                           )
VINCENT POWELL,                       )
ERROL PRAWL,                          )
CEDRIC PRESCOTT,                      )
CARLISLE PRICE,                       )
ASTON PRYCE,                          )
CLIFTON PRYCE,                        )
LEBERT PRYCE,                         )
JAMES RAFFINGTON,                     )
CEDRIC RAMSAY,                        )
SEDLEY RAMSAY,                        )
LYNVAL RANKINE,                       )
LEROY RANGER,                         )
DONALD RAYNOR,                        )
RIPTON REECE,                         )
EDDISTON REID,                        )
FEDRICK REID,                         )

HUGH REID,                              )
LLOYD REID,                             )
ORAL REID,                              )
RODERICK REID,                          )
THOMAS REID,                            )
WILLIAM REID,                           )
CECIL RHOOMES,                          )
DANIEL RICHARDS,                        )
DUET RICHARDS,                          )
ERROL RICHARDS,                         )
SAMUEL RICHARDS,                        )
STANLEY RICHARDS,                       )
WEBSTER RICHARDS,                       )
CONRAD RICKETTS,                        )
DUDLEY RICKETTS,                        )
RAYMOND RILEY,                          )
MILFORD ROBB,                           )
NORMAN ROBB,                            )
AMOS ROBERTS,                           )
LLOYD ROBERTS,                          )
CLEON ROBINSON,                         )
COLLIMORE ROBINSON,                     )
CONROY ROBINSON,                        )
DEANS ROBINSON,                         )
HENRY ROBINSON,                         )
LOGIC ROBINSON,                         )
NORRIS ROBINSON,                        )
CLEVELAND ROLAND,                       )
DELROY ROPER,                           )
HOWARD ROSE,                            )
LLOYD ROSE,                             )
NOEL ROSE,                              )
PAUL ROSE,                              )
FELIX ROSS,                             )
GEORGE ROSS,                            )
LESTER ROSS,                            )
ROY ROSS,                               )
DAVID ROWE,                             )
ROY ROWE,                               )
FITZROY ROYE,                           )
VOLNEY RUDOLPH,                         )
MERRITT RUMBLE,                         )
ERIC RUSSELL,                           )

LENFORD RUSSELL,         )
ANTHONY ST. BRICE,       )
CORNELIUS ST. LUCE,     )
VICTOR ST. MARTIN,       )
NELSON ST. ROSE,         )
CHEVANNES SALMON,      )
GERALD SALMON,         )
KEITH SALMON,          )
REGINALD SALMON,       )
DENNIS SAMUELS,        )
DERRICK SAMUELS,      )
EDWARD SAMUELS,       )
NEVILLE SAMUELS,      )
ROY SAMUELS,          )
URIEL SAMUELS,         )
COLLINGTON SANGSTER,   )
GLENDON SCARLETT,      )
WINSTON SCARLETT,      )
ANTHONY SCOTT,        )
DENNIS SCOTT,          )
DENNIS SCOTT,          )
KENNETH SCOTT,        )
LIVINGSTON SCOTT,      )
MOSES SCOTT,          )
RALSTON SCOTT,        )
ROBESS SEBASTIEN,      )
ARTHUR SENIOR,        )
FEDRICK SENIOR,        )
IRVINE SEYMOUR,        )
JOSEPH SHAKESPEARE,    )
CARLTON SHAND,        )
JOEL SHARPE,          )
CLAYTON SHAW,         )
CLINTON SHAW,         )
EARL SHAW,           )
RIVINGTON SHAW,       )
VAREL SHIRLEY,         )
RONALD SIBBLE,         )
KEITH SIMMOND,        )
MILLIN SIMMONS,       )
JOSEPH SIMMS,         )
LEVI SIMMS,           )
CALBERTH SIMPSON,      )

JEFFREY SIMPSON,                    )
LUEN SIMPSON,                       )
TITUS SIMPSON,                      )
VALENTINE SIMPSON,                  )
LINTON SINCLAIR,                    )
SELVIN SINCLAIR,                    )
LEON SMALLING,                      )
ALGET SMITH,                        )
BASIL SMITH,                        )
BRENTON SMITH,                      )
CLIVE SMITH,                        )
CREECH SMITH,                       )
DELROY SMITH,                       )
GLENROY SMITH,                      )
JAMES SMITH,                        )
KENNETH SMITH,                      )
KENNETH SMITH,                      )
LLOYD SMITH,                        )
MICHAEL SMITH,                      )
MICHAEL SMITH,                      )
NIGEL SOBERS,                       )
RONALD SOBERS,                      )
ALBERT SOMMERVILLE,                 )
MANZIE SOUIN,                       )
ANTHONY SOUTH,                      )
CECIL SOUTH,                        )
EGERTON SPALDING,                   )
LAUREANCE SPAULDING,                )
ERVIN SPENCE,                       )
LEON SPENCE,                        )
EGBERT SPENCER,                     )
VALENTINE SPENCER,                  )
CARL SPOONER,                       )
GARNET SPOONER,                     )
VALROY STAPLE,                      )
CARL STEPHENS,                      )
CARL STEPHENSON,                    )
CLEVELAND STEPHENSON,               )
DERRICK STEPHENSON,                 )
PAUL STEPHENSON,                    )
LASCELLES STERLING,                 )
ANTHONY STEWART,                    )
AUDLEY STEWART,                     )

EMILE STEWART,                          )
ERROL STEWART,                          )
HERBERT STEWART,                        )
KINGSLEY STEWART,                       )
LEONARD STEWART,                        )
PHILEMAN STEWART,                       )
GODFREY STONE,                          )
ROY STONE,                              )
STEVE STOUTE,                           )
NATHANIEL STRAKER,                      )
GARFIELD SUTHERLAND,                    )
ALVIN SWABY,                            )
CLAUDE SWABY,                           )
NIGEL SWABY,                            )
ROY TALBERT,                            )
NEVILLE TAPPER,                         )
ALPHANSO TAYLOR,                        )
DESMOND TAYLOR,                         )
GEORGE TAYLOR,                          )
HYLTON TAYLOR,                          )
PATRICK TAYLOR,                         )
WINSTON TAYLOR,                         )
ANDREW TENNANT,                         )
GLENN THAXTER,                          )
HERRON THAXTER,                         )
CHARLES THOMAS,                         )
CLEVELAND THOMAS,                       )
ERROL THOMAS,                           )
GLENFORD THOMAS,                        )
KENNETH THOMAS,                         )
LEONARD THOMAS,                         )
LESNAVIS THOMAS,                        )
PASCELL THOMAS,                         )
RIDLEY THOMAS,                          )
SEYMOUR THOMAS,                         )
SYLVESTER THOMAS,                       )
VINCENT THOMAS,                         )
WILLOUGHBY THOMAS,                      )
ALFRED THOMPSON,                        )
ALFRED THOMPSON,                        )
CLINTON THOMPSON,                       )
GARFIELD THOMPSON,                      )
GRANTLEY THOMPSON,                      )

JOHN THOMPSON,                     )
JOHN THOMPSON,                     )
KENNETH THOMPSON,                  )
LEO THOMPSON,                      )
MILTON THOMPSON,                   )
NOEL THOMPSON,                     )
NOEL THOMPSON,                     )
OSBOURNE THOMPSON,                 )
PATRICK THOMPSON,                  )
REUBEN THOMPSON,                   )
RICKEY THOMPSON,                   )
TALBERT THOMPSON,                  )
WALTER THOMPSON,                   )
CLIVE THORPE,                      )
ERROL TOMLINSON,                   )
FRED TOUSSAINT,                    )
REYNOLD TOUSSAINT,                 )
SAMUEL TUCKER,                     )
DENNIS TULLOCH,                    )
HENRY TURNER,                      )
HORACE TURNER,                     )
JOSLYN TURNER,                     )
ANTHONY VALCIN,                    )
EVERALD VASSELL,                   )
MILTON VASSELL,                    )
RAYMOND VASSELL,                   )
SIDONIA VASSELL.                   )
VINCENT VASSELL,                   )
LORNEL VENSON,                     )
JAMES VIRGO,                       )
GLEYRA WAITE,                      )
DESMONT WALCOTT,                   )
CARLTON WALKER,                    )
CARLTON WALKER,                    )
EVERALD WALKER,                    )
HERBERT WALKER,                    )
JONATHAN WALKER,                   )
LEON WALKER,                       )
TREVOR WALKER,                     )
DAVID WALLACE,                     )
PHILLIP WALLACE,                   )
SAMUEL WALLACE,                    )
STEFAN WALLACE,                    )

VINCENT WALLACE,                    )
BERTRAM WALTERS,                    )
DANIEL WALTERS,                     )
EZRA WALTERS,                       )
MICHAEL WALTERS,                    )
CECIL WARDROBE,                     )
ALPHEUS WATSON,                     )
DENNIS WATSON,                      )
DEVON WATSON,                       )
KENNETH WATSON,                     )
NORRIS WATSON,                      )
OSWIN WATSON,                       )
RENEL WATSON,                       )
DENTON WEBB,                        )
GILBERT WELLINGTON,                 )
ALGERNON WHITE,                     )
CLIFFORD WHITE,                     )
DEVON WHITE,                        )
LECENT WHITE,                       )
SELBOURNE WHITE,                    )
WOODLEY WHITE,                      )
LEROY WHITELOCK,                    )
LOXLEY WHITTER,                     )
TREVOR WHITTINGTON,                 )
ENOCH WHYTE,                        )
RAYMOND WHYTE,                      )
LEONARD WIGGAN,                     )
SCHOFIELD WILKINSON,                )
BASIL WILLIAMS,                     )
BYRON WILLIAMS,                     )
CHARLES WILLIAMS,                   )
JOHN WILLIAMS,                      )
JOHNEY WILLIAMS,                    )
KENROY WILLIAMS,                    )
KIPPLING WILLIAMS,                  )
McKINLEY WILLIAMS,                  )
NIGEL WILLIAMS,                     )
SILBURNE WILLIAMS,                  )
STANLEY WILLIAMS,                   )
STILLMAN WILLIAMS,                  )
TENNIS WILLIAMS,                    )
UCAL WILLIAMS,                      )
VINCENT WILLIAMS,                   )

LLOYD WILLIAMSON,                    )
RICHARD WILLIAMSON,                  )
VIBERT WILLIAMSON,                   )
DONALD WILLIS,                       )
ALEXANDER WILSON,                    )
JOSEPH WILSON,                       )
ROLLIN WILSON,                       )
THEOPHILUS WITTER,                   )
RAYMOND WOLFE,                       )
DAVID WRAY,                          )
DESMOND WRAY,                        )
PAUL WRAY,                           )
AUGUSTUS WRIGHT,                     )
BARRANT WRIGHT,                      )
BYRAN WRIGHT,                        )
CALVIN WRIGHT,                       )
CECIL WRIGHT,                        )
VINCENT WRIGHT,                      )
HOWARD WYNTER,                       )
JOHNATHAN YOUNG,                     )
NEVILLE YOUNG,                       )
ROY YOUNG,                           )
and SIMEON YOUNG,                    )
    individually and on behalf of all    )
    other persons similarly situated,    )
                                     )
        Plaintiffs,              )
                                     )
vs.                                  )
                                     )
OSCEOLA FARMS CO,                    )
                                     )
        Defendant.               )
_____)

## COMPLAINT FOR DAMAGES,
## COSTS OF LITIGATION, AND ATTORNEY'S FEE

### PRELIMINARY STATEMENT

1.  This is an action by 1048 migrant agricultural workers on behalf of themselves and

others similarly situated to secure and vindicate rights afforded them under their employment contracts with Defendant Osceola Farms Co.  The Plaintiffs were employed by Osceola Farms Co to hand-harvest sugar cane in and near Palm Beach County, Florida during the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and/or 1992-93 south Florida sugar cane harvests.

2.  The Plaintiffs are Caribbean nationals who were admitted to the United States as temporary agricultural workers, commonly referred to as "H-2A workers."  The Plaintiffs were employed under contracts with Osceola Farms Co, the terms of which were primarily dictated by federal regulations.  Among the specific regulatory terms included in the work contracts was a promise that each worker would be paid at least the federal adverse effect wage rate for his cane-cutting labor.  The Plaintiffs allege that throughout the six harvest seasons, Osceola Farms Co breached its employment contracts with them by failing to pay them less than the wages promised in their work contracts.

3.  The Plaintiffs seek an award of money damages to make each of them whole for damages suffered due to the contractual breaches by Osceola Farms Co.

## JURISDICTION

4.  Jurisdiction is conferred upon this Court by 28 U.S.C. § 1332(d)(2), the amount in controversy in this action exceeding the sum or value of $5,000,000, exclusive of interest and costs, and this being a class action in which more than two-thirds of the members of the class are citizens of a foreign state.

5.  Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331, this action arising under the laws of the United States.

- 26 -

## VENUE

5.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(c).


## PARTIES

6.  The Plaintiffs are nationals of Jamaica, Barbados, the Commonwealth of Dominica, Grenada, St. Lucia, St. Vincent and the Grenadines or Trinidad and Tobago.  Each of the Plaintiffs was admitted to the United States on a temporary basis pursuant to 8 U.S.C. § 1101(a)(15)(H)(ii)(a) for employment with Defendant Osceola Farms Co during the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 or 1992-93 south Florida sugar cane harvests.

7. Defendant Osceola Farms Co is a closely-held Florida corporation based in Palm Beach County, Florida which is engaged in the production, harvesting and milling of sugar cane in Palm Beach, Martin and Hendry Counties, Florida.


## CLASS ACTION ALLEGATIONS

8. All claims set forth in this action are brought by the Plaintiffs on behalf of themselves and all other similarly situated persons pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure.

9. The Plaintiffs seek to represent a class consisting of all workers employed as hand cutters of harvest sugar cane by Defendant Osceola Farms Co during the period commencing with the 1987-88 and continuing through the conclusion of the 1992-93 season.

10. The class members are so numerous and so geographically dispersed as to make joinder impracticable.  The precise number of individuals in the class is known only to the

Defendant. However, the class is believed to include over 2,000 individuals. The class is comprised of indigent migrant agricultural workers, the vast majority of whom are citizens of Jamaica, Barbados, the Commonwealth of Dominica, Grenada, St. Lucia, St. Vincent and the Grenadines or Trinidad and Tobago, and most of whom currently reside at various locations in the West Indies. Most of the class members are unfamiliar with the American judicial system. The relatively small size of the individual claims and the indigence of the class members makes the maintenance of separate actions by each class member economically infeasible.

11. The claims of the named Plaintiffs raise questions of law and fact which are common to the class including whether Defendant Osceola Farms Co paid the members of the class at least the adverse effect wage rate as required by the employment contracts between the company and the individual class members and by the federal regulations implementing the H-2A program and whether the Defendant paid the incentive rate of pay mandated by the employment contracts as embodied in the clearance orders submitted on its behalf to the United States Department of Labor each year.

12. The Plaintiffs' claims are typical of those of the other class members and these typical, common claims predominate over any questions affecting only individual class members. The Plaintiffs have the same interests as do other members of the class and will vigorously prosecute these interests on behalf of the class.

13. The Plaintiffs will fairly and adequately represent the interests of the class. The Plaintiff's interests are in no way antagonistic or adverse to those of the other class members.

14. The Plaintiffs' counsel are experienced in actions by H-2A workers to enforce their rights under their employment contracts and have handled numerous class actions in the federal

and state courts.  The Plaintiffs' counsel are prepared to advance the costs necessary to vigorously litigate this action and to provide notice to the class members under Rule 23(b)(3).

15. A class action under Rule 23(b)(3) is superior to other available methods of adjudicating this controversy because, *inter alia*:

a.   The common issues of law and fact, as well as the relatively small size of the individual class members' claims, substantially diminish the interest of members of the class in individually controlling the prosecution of separate actions;

b.   Many members of the class are unaware of their rights to prosecute these claims and lack the means or resources to secure legal assistance;

c.   Other than a similar case filed in the Florida circuit court by two members of the purported class, there has been no litigation already commenced against Osceola Farms Co by the members of the class to determine the questions presented;

d.   It is desirable that the claims be heard in this forum because Osceola Farms Co is located in this district and the cause of action arose in this district;

e.   If hundreds of separate law suits were maintained, there would be the potential for inconsistent results.  At a minimum, the waste of judicial time would be astronomical, and

f.   A class action can be managed without undue difficulty because Osceola Farms Co regularly committed the violations complained of herein, and was required to maintain detailed records concerning each member of the class.   In as much as the Defendants have acted uniformly towards all members of the class, class representation does not pose unusual or difficult problems of manageability.

- 29 -

## **FACTS**

15.  An agricultural employer in the United States may import aliens to perform labor of a temporary nature if the U.S. Department of Labor certifies that (1) there are insufficient available workers within the United States to perform the job, and (2) the employment of aliens will not adversely affect the wages and working conditions of similarly-situated U.S. workers.  8 U.S.C. §§ 1101(a)(15)(H)(ii)(a) and 1188 (a)(1).  Aliens admitted in this fashion are commonly referred to as "H-2A workers."

16.  Agricultural employers seeking the admission of H-2A workers must first file a temporary labor certification application with the U.S. Department of Labor.  20 C.F.R. §§ 655.101(a)(1) and (b)(1).  This application must include a job offer, commonly referred to as a "clearance order" or "job order," complying with applicable regulations, which is used in the recruitment of both U.S. and H-2A workers.  20 C.F.R. § 655.101(b)(1).  Pursuant to 20 C.F.R. § 653.501(d)(3), the clearance orders are required to set forth all material terms and conditions of the job offering and hiring.

17.  Federal regulations establish the minimum benefits, wages, and working conditions that must be offered in order to avoid adversely affecting similarly-situated U.S. workers.  20 C.F.R. §§ 655.0(a)(2), 655.102(b), and 655.103.   Among these terms is a requirement that workers be paid at least the applicable adverse effect wage rate or prevailing wage, whichever was higher, for every hour or portion thereof worked during a pay period.  20 C.F.R. §§ 655.102(b)(9)(i) and (ii).

18.  The adverse effect wage rate for each state is published annually by the United States

Department of Labor.   For the years encompassed in this litigation, the applicable adverse effect wage rates or prevailing wage rates for Florida sugar cane were as follows:

| | |
|---|---|
| 1987 | $ 5.49 |
| 1988 | $ 5.30 |
| 1989 | $ 5.30 |
| 1990 | $ 5.30 |
| 1991 | $ 5.38 |
| 1992 | $ 5.68 |
| 1993 | $ 5.91 |

19.   Defendant Osceola Farms Co is engaged in the production and harvesting of sugar cane in Palm Beach and other south Florida counties.   Each year, Osceola Farms Co harvests cane for approximately six months, with the height of the harvest usually extending from November through March.   Prior to 1994, the vast majority of the sugar cane harvested by Osceola was hand-cut by workers using machetes.

20.   Because of its historical inability to recruit sufficient domestic workers for sugar cane harvesting work, Osceola Farms Co applied for certification to employ temporary foreign workers through the H-2A program, as described in Paragraphs 15, 16 and 17, for the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and 1992-93 south Florida sugar cane harvest seasons.

As part of the requirements for obtaining temporary labor certification, and pursuant to the Wagner-Peyser Act of 1933, 29 U.S.C. §§ 49, *et seq*., Osceola Farms Co recruited hand-harvesters through the Interstate Clearance System by filing job offers, called "clearance orders", with the local Florida job service office.   When sufficient domestic workers were not found,

Osceola recruited foreign farm workers, including the Plaintiffs and the other class members, pursuant to the same terms and conditions of work offered to domestic workers in the clearance orders described above.  For each sugar cane harvest season from 1987-88 through 1992-93, Osceola Farms Co received temporary labor certification for and ultimately employed in excess of 800 H-2A workers from the West Indies.

20.  The Plaintiffs and the other class members are farm workers who worked for Osceola Farms Co as hand-harvesters of sugar cane in Palm Beach County and other Florida counties during the period from 1987-88 through the 1992-93 harvesting seasons.  Each of these individuals was admitted to the United States as an H-2A worker under the terms of Osceola Farms Co's clearance orders.

21.  The Plaintiffs and the other class members accepted the terms of offering as set forth in Osceola Farms Co's clearance orders orally or by signing form documents entitled "Agreement for the Employment of United States Agricultural Workers" or "Agreement for Employment of West Indians Agricultural Worker in the United States of America".  These form agreements incorporate, as a matter of law, the terms and conditions of employment set forth in the clearance orders.

22.  The Plaintiffs and the other members of the class worked hand-harvesting sugar cane for Osceola Farms Co at various points during the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and/or 1992-93 south Florida sugar cane harvests.

23.  Throughout the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and 1992-93 south Florida sugar cane harvests, Defendant Osceola Farms Co breached the terms of the employment contracts as embodied by the clearance orders by paying the Plaintiffs and the other class

- 32 -

members at a rate of compensation lower than that set forth in the clearance orders.   Among other things, Osceola Farms Co failed to supplement the piece-rate earnings of the Plaintiffs and the other class members as required by the clearance orders and 20 C.F.R. § 655.102(b)(9)(ii)(A), so as to ensure that each worker's pay period earnings were at least equal to the adverse effect wage rate.

24.    The Plaintiffs and the other class members have been damaged by Osecola Farms Co's breach of contract as aforesaid by their failure to receive the compensation to which they were entitled under their respective contracts of employment with Osceola Farms Co.

21.   The Plaintiffs and the other class members have performed or there have occurred all conditions precedent to the maintenance of this action.

**PRAYER FOR RELIEF.**

WHEREFORE, the Plaintiffs request that this Court enter an order:

a.    Certifying this case as a class action in accordance with Rule 23(b)(3) of the Federal Rules of Civil Procedure;

b.    Awarding damages against Osceola Farms Co and in favor of the Plaintiffs and the other class members in amounts equal to the lost wages resulting from Osceola Farms Co's breaches of its employment contracts, together with lawful interest thereon from the date the wages were due;

c.    Awarding the Plaintiffs a reasonable attorney's fee pursuant to Fla. Stat. § 448.08;

d.    Awarding the Plaintiffs the costs of this action; and

e.       Granting such further relief as this Court deems just and appropriate.

Respectfully submitted,

David L. Gorman
Florida  Bar Number 222453
**DAVID L. GORMAN, P.A.**
618 U.S. Highway One
Suite 303
North Palm Beach, Florida  33408
Telephone:     (561) 842-0808
Facsimile:      (561) 842-0914
e-mail:          DLGorman@Bellsouth.Net

Gregory S. Schell
Florida Bar Number 287199
**MIGRANT FARMWORKER JUSTICE**
        **PROJECT**
508 Lucerne Avenue
Lake Worth, Florida  33460-3819
Telephone:     (561) 582-3921
Facsimile:      (561) 582-4884
e-mail:          Greg@Floridalegal.Org

James K. Green
Florida Bar Number 229466
222 Lakeview Avenue
Suite 1630
West Palm Beach, Florida 33401-6145
Telephone:     (561) 659-2029
Facsimile:      (561) 655-1357


Attorneys for Plaintiffs


By:  _____
        Gregory S. Schell


- 34 -

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**05-80825 CIV MIDDLEBROOKS**

**MAGISTRATE JUDGE JOHNSON**

## I. (a) PLAINTIFFS

Alphanso Mitchell, Hubert Abrahams, Moses Achord, Albert Aimable, Ignatius Alcee, Isidore Alcide, Aaron Alexander, Bartholomew Alexander, Francis Alexander, Gabriel Alexander, et al.

**DEFENDANTS**

Osceola Farms Co

**(b)** County of Residence of First Listed Plaintiff   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Not applicable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

David L. Gorman P.A., 618 US Highway 1 #303, N. Palm Beach, FL 33408 (561) 842-0808
Migrant Farmworker Justice Project, 508 Lucerne Avenue, Lake Worth, FL 33460-3819 (561) 582-3921

Attorneys (If Known)

Steel, Hector & Davis, LLP, 200 S. Biscayne Boulevard, Miami, FL 3313-2398  (305) 577-2855

**(d)** Check County Where Action Arose: ☐ DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☑ 3  Federal Question (U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

9:05CV80825/middlebrooks/John

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☑ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity))

8 U.S.C. 1101(a)(15)(H)(ii)(A) and 1188.  Jurisdiction through Class Action Fairness Act, 28 U.S.C. 1332(d)(2)

LENGTH OF TRIAL via   20   days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:

☑ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☑ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   09/07/2005

SIGNATURE OF ATTORNEY OF RECORD

Gregory S. Schell
Fla. Bar No. 287199

**FOR OFFICE USE ONLY**

RECEIPT #  53532   AMOUNT  250   APPLYING IFP