# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### WEST PALM BEACH DIVISION

### Case No.  05-80825-CIV-COHN/SNOW



FILED by _____ D.C.
INTAKE
FEB 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

ALPHANSO MITCHELL,                        )
HUBERT ABRAHAMS,                          )
JOSHUA ABRAHAMS,                          )
MOSES ACHORD,                             )
ALFRED ACKIE,                             )
LESTER ADDISON,                           )
CLEVELAND ADLAM,                          )
PETER ADLAM,                              )
ALBERT AIMABLE,                           )
IGNATIUS ALCEE,                           )
ISIDORE ALCIDE,                           )
AARON ALEXANDER,                          )
BARTHOLOMEW ALEXANDER,                    )
BRENTON ALEXANDER,                        )
DAVIDSON ALEXANDER,                       )
FRANCIS ALEXANDER,                        )
GABRIEL ALEXANDER,                        )
GEORGE ALEXANDER,                         )
HENRY ALEXANDER,                          )
MICHAEL ALEXANDER,                        )
MICHAEL ALEXANDER,                        )
RUSSEL ALEXANDER,                         )
STANISLAS ALEXANDER,                      )
STEPHEN ALEXANDER,                        )
SYLVESTER ALEXANDER,                      )
GABRIEL ALFRED,                           )
CALVIN ALLEN,                             )
DONAVAN ALLEN,                            )
EVERALD ALLEN,                            )
GEORGE ALLEN,                             )
JOSEPH ALLEN,                             )
JOSLYN ALLEN,                             )
RUEBEN ALLEN,                             )



| | |
|---|---|
| TALMIE ALLEN, | ) |
| ATHOL ALLEYNE, | ) |
| DAVID ALLEYNE, | ) |
| JEFFREY ALLEYNE, | ) |
| LOUIS ALLEYNE, | ) |
| JAMES ALLWOOD, | ) |
| ANDREW ALPHONSE, | ) |
| LAWRENCE ALPHONSE, | ) |
| PATRICK ALPHONSE, | ) |
| PETER ALPHONSE, | ) |
| ALBERT ANDERSON, | ) |
| ALPHANSO ANDERSON, | ) |
| BALDWIN ANDERSON, | ) |
| BARRINGTON ANDERSON, | ) |
| CLAY ANDERSON, | ) |
| DERRICK ANDERSON, | ) |
| FRANKLYN ANDERSON, | ) |
| JOHN ANDERSON, | ) |
| KENNETH ANDERSON, | ) |
| LEROY ANDERSON, | ) |
| RAYON ANDERSON, | ) |
| ROHAN ANDERSON, | ) |
| WINSTON ANDERSON, | ) |
| LOXLEY ANGLIN, | ) |
| PATRICK ANGLIN, | ) |
| GLENROY ANNIKIE, | ) |
| CHRISTIAN ANNIUS, | ) |
| LAWRENCE ANTHONY, | ) |
| IVES ANTOINE, | ) |
| OCTAVIUS ANTOINE, | ) |
| PATRICK ANTOINE, | ) |
| JAMES ASHLEY, | ) |
| LINFORD ASHLEY, | ) |
| PETER ASHTON, | ) |
| ORAL ATKINSON, | ) |
| SHION ATKINSON, | ) |
| JUSTIN AUGUSTE, | ) |
| SIMON AUGUSTE, | ) |
| HAMILTON AUGUSTIN, | ) |
| HERBERT AUGUSTIN, | ) |
| MACARIUS AURELIAN, | ) |
| ALBERT AUSTIN, | ) |
| CHRISTOPHER AUSTIN, | ) |

WINSTON AUSTIN,                          )
EUSTACE AVRIL,                           )
CLIVE BAILEY,                            )
ERVIN BAILEY,                            )
GLASFORD BAILEY,                         )
GRANVILLE BAILEY,                        )
JASPER BAILEY,                           )
JOSEPH BAILEY,                           )
LEROY BAILEY,                            )
LINZEL BAILEY,                           )
NEVILLE BAILEY,                          )
WINSTON BAILEY,                          )
ANTHONY BAKER,                           )
EASTON BAKER,                            )
JENCLE BAKER,                            )
JOHN BAKER,                              )
LEONARD BAKER,                           )
LYNVAL BAKER,                            )
RUDOLPH BAKER,                           )
DENNIS BALLANTYNE,                       )
DONALD BALLANTYNE,                       )
VINCENT BALLANTYNE,                      )
CLIVE BALLEN,                            )
DANIEL BARCLAY,                          )
ERIC BARCLAY,                            )
CHANLEY BARNES,                          )
DELROY BARNES,                           )
RONALD BARNES,                           )
RONNIE BARNETT,                          )
RUPERT BARNETT,                          )
CHEVAN BARRACKS,                         )
ARNOLD BARRETT,                          )
CALVIN BARRETT,                          )
CARL BARRETT,                            )
GLEN BARRETT,                            )
HEADLEY BARRETT,                         )
LINFORD BARRETT,                         )
ALFRED BARTLEY,                          )
VINCENT BARTLEY,                         )
VINCENT BARTON,                          )
CLOVIS BATISTE,                          )
ANTHONY BAXTER,                          )
VINCENT BEASON,                          )

ALSON BECKFORD,                          )
CEAFORD BECKFORD,                        )
WELLESLEY BECKFORD,                      )
WINSTON BECKFORD,                        )
VERNON BEDWARD,                          )
WHITFIELD BELGRAVE,                      )
ERNEST BELL,                             )
MICHAEL BELLAMY,                         )
RALDEN BELLANFANTE,                      )
DONALD BEMBRIDGE,                        )
ALBERT BENAIN,                           )
KENNETH BENNETT,                         )
NIGEL BENNETT,                           )
ROY BENNETT,                             )
VICTOR BENNETT,                          )
WILBERT BENNETT,                         )
WINSTON BENNETT,                         )
ATHERTON BENSKIN,                        )
CARL BENSON,                             )
CECIL BENT,                              )
LESTER BENT,                             )
MICHELIN BENT,                           )
NAVIN BENT,                              )
CAROL BERNARD,                           )
DANIEL BERNARD,                          )
DELROY BERNARD,                          )
LLOYD BERNARD,                           )
LUCIAN BERNARD,                          )
NORMAN BERNARD,                          )
CARLOS BERRY,                            )
CLIVE BERT,                              )
PHILLIP BERTIN,                          )
GEORGE BINGHAM,                          )
AUGUSTUS BINNS,                          )
TONY BISH,                               )
EUGENE BISSETTE,                         )
ROY BLACK,                               )
WALBERT BLACK,                           )
AUDLEY BLACKWOOD,                        )
BASIL BLACKWOOD,                         )
BASIL BLACKWOOD,                         )
JOHN BLACKWOOD,                          )
MANLEY BLACKWOOD,                        )

- 4 -

**VICTOR BLACKWOOD,** )
**NATHANIEL BLAIR,** )
**RUPERT BLAIR,** )
**RUPERT BLAIR,** )
**ALFRED BLAKE,** )
**BANCROFT BLAKE,** )
**CLAUDIUS BLAKE,** )
**DONOVAN BLAKE,** )
**FELIX BLAKE,** )
**KENNETH BLAKE,** )
**NEVILLE BLAKE,** )
**PERCIVAL BLAKE,** )
**TERRENCE BLAKE,** )
**VINCENT BLAKE,** )
**LEON BLEARY,** )
**ALSTON BOBB,** )
**LINVAL BOGUES,** )
**ALBERT BONNICK,** )
**BARRINGTON BOOTHE,** )
**FERDINAND BOOTHE,** )
**FITZROY BOSWELL,** )
**GARNETT BOWEN,** )
**KEITH BOWEN,** )
**JOHNATHAN BOWENS,** )
**NEVILLE BOWYER,** )
**VINCENT BOYCE,** )
**WINFIELD BOYCE,** )
**BERRIS BOYD,** )
**ERROL BRADY,** )
**STANFORD BRADY,** )
**CARLTON BRAHAM,** )
**WILLIAM BRAMWELL,** )
**PATRICK BRICE,** )
**BASIL BRISCOE,** )
**LINTON BRISTOL,** )
**GENTLE BRITTON,** )
**BARRY BROMFIELD,** )
**ALANZO BROOKS,** )
**BARRINGTON BROOKS,** )
**FRANKLYN BROOKS,** )
**DESLAND BROOMFIELD,** )
**ALFRED BROWN,** )
**ALLAN BROWN,** )

**ALTON BROWN,**                          )
**AMOS BROWN,**                           )
**BARRINGTON BROWN,**                     )
**CARLTON BROWN,**                        )
**CASWELL BROWN,**                        )
**CHARLES BROWN,**                        )
**CONRAD BROWN,**                         )
**DENSEL BROWN,**                         )
**EVERTON BROWN,**                        )
**EVRAL BROWN,**                          )
**FRANKLYN BROWN,**                       )
**GARNETT BROWN,**                        )
**GILBERT BROWN,**                        )
**HAROLD BROWN,**                         )
**HENRY BROWN,**                          )
**IVAN BROWN,**                           )
**JOSLYN BROWN,**                         )
**KENNETH BROWN,**                        )
**KENNETH BROWN,**                        )
**LEIGHTON BROWN,**                       )
**LEROY BROWN,**                          )
**LEWIN BROWN,**                          )
**LINDEN BROWN,**                         )
**LINFORD BROWN,**                        )
**NEVILLE BROWN,**                        )
**NEVILLE BROWN,**                        )
**RALSTON BROWN,**                        )
**RONALD BROWN,**                         )
**STANFORD BROWN,**                       )
**STEPHEN BROWN,**                        )
**TIMOTHY BROWN,**                        )
**WARREN BROWN,**                         )
**WAYNE BROWN,**                          )
**WHITLEY BROWN,**                        )
**WILBURN BROWN,**                        )
**WILFRED BROWN,**                        )
**WINSTON BROWN,**                        )
**CHARLES BROWNE,**                       )
**NELSON BRUMLEY,**                       )
**GLENSTON BRYAN,**                       )
**JOHN BRYAN,**                           )
**LESBERT BRYAN,**                        )
**MARTIN BRYAN,**                         )

URLINE BRYAN,                     )
CELON BUCKLEY,                    )
JOSEPHUS BUCKLEY,                 )
ISHMAEL BURCH,                    )
PUTTECK BURCHELL,                 )
KENNETH BURGESS,                  )
CALVIN BURKE,                     )
PAUL BURKE,                       )
TREVOR BURKE,                     )
LEONARD BURKETT,                  )
HUGH BURNETT,                     )
ALBERT BURRELL,                   )
CARL BURRELL,                     )
AUGUSTUS BURTON,                  )
CARLTON BURTON,                   )
NEVILLE BURTON,                   )
JULIAN BUTCHER,                   )
TREVOR BUTCHER,                   )
ST. CLAIR BUTE,                   )
ULETT BUTLER,                     )
WILLIAM BYFIELD,                  )
WILLIAM CADETTE,                  )
GRAFTON CAESAR,                   )
DEVON CALAME,                     )
STERLEY CALAME,                   )
ENOS CALLUM,                      )
LINFORD CALVIN,                   )
LEONARD CAMERON,                  )
STANFORD CAMERON,                 )
WAYNE CAMERON,                    )
RALPH CAMILLE,                    )
GUY CAMMOCK,                      )
ALBERT CAMPBELL,                  )
ALLAN CAMPBELL,                   )
BRADY CAMPBELL,                   )
CALVIN CAMPBELL,                  )
HERDON CAMPBELL,                  )
HOPETON CAMPBELL,                 )
JOHN CAMPBELL,                    )
LAMBERT CAMPBELL,                 )
LLOYD CAMPBELL,                   )
MANSEL CAMPBELL,                  )
MAURICE CAMPBELL,                 )

NEVILLE CAMPBELL,                    )
NEVILLE CAMPBELL,                    )
NORVAL CAMPBELL,                     )
PATRICK CAMPBELL,                    )
PATRICK CAMPBELL,                    )
RALPH CAMPBELL,                      )
RODERICK CAMPBELL,                   )
RUPERT CAMPBELL,                     )
TEDDY CAMPBELL,                      )
TYRONE CAMPBELL,                     )
WADE CAMPBELL,                       )
WINSTON CAMPBELL,                    )
WINSTON CAMPBELL,                    )
VINCENT CAREY,                       )
FITZROY CARNEGIE,                    )
CARLTON CARR,                        )
NEVILLE CARR,                        )
PHILLIP CARTER,                      )
CLIFFORD CARTY,                      )
FITZROY CARTY,                       )
NORMAN CASSINS,                      )
GREGORY CENAC,                       )
BERESFORD CHAMBERS,                  )
BYRON CHAMBERS,                      )
CEBERT CHAMBERS,                     )
CECIL CHAMBERS,                      )
DESMOND CHAMBERS,                    )
HUBERT CHAMBERS,                     )
LEROY CHAMBERS,                      )
LINDSAY CHAMBERS,                    )
TREVOR CHAMBERS,                     )
ANTHONY CHARLERY,                    )
HENRY CHARLERY,                      )
HARRY CHARLES,                       )
RAYMOND CHARLES,                     )
VALENCE CHARLES,                     )
SAMUEL CHISHOLM,                     )
AARON CHRISTIE,                      )
AINSLEY CLARKE,                      )
ALANZO CLARKE,                       )
ALMANDO CLARKE,                      )
ANTHONY CLARKE,                      )
ARTHUR CLARKE,                       )

**CLIFTON CLARKE,**                    )
**CLIVE CLARKE,**                      )
**DAVID CLARKE,**                      )
**EVERARD CLARKE,**                    )
**GEORGE CLARKE,**                     )
**HYLTON CLARKE,**                     )
**JOSEPH CLARKE,**                     )
**JUNIOR CLARKE,**                     )
**KENNETH CLARKE,**                    )
**KESLEY CLARKE,**                     )
**LEON CLARKE,**                       )
**ORIEL CLARKE,**                      )
**ROY CLARKE,**                        )
**RUDOLPH CLARKE,**                    )
**STANLEY CLARKE,**                    )
**TREVOR CLARKE,**                     )
**WAYNE CLARKE,**                      )
**MICHAEL CLEGHORN,**                  )
**PHILLIP CLEMENT,**                   )
**STANFORD COBRE,**                    )
**SYLVESTER CODLING,**                 )
**GLENROY CODNER,**                    )
**LEROY COKE,**                        )
**MICHAEL COLE,**                      )
**OWEN COLE,**                         )
**RALFORD COLEMAN,**                   )
**ALFRED COLEY,**                      )
**RODERICK COLEY,**                    )
**STEVE COLEY,**                       )
**ALEXIS COLLINS,**                    )
**FERDINAL COLLINS,**                  )
**AUGUSTINE COLLYMORE,**               )
**HARRINGTON COLQUHOUN,**              )
**LLOYD COMRIE,**                      )
**LEVI COOMBS,**                       )
**DALTON COOPER,**                     )
**GLENFORD COOPER,**                   )
**ELDEMIRE COOTE,**                    )
**ANCEL COPE,**                        )
**DENNIS COPE,**                       )
**ALBERT CORNIBERT,**                  )
**DENSLEY CORNWALL,**                  )
**OSWALD COULBOURNE,**                 )

LINCOLN COWAN,                          )
REYNOLD CRAIGG,                         )
TREVOR CREARY,                          )
FRANK CREIGHTNEY,                       )
GEORGE CROOKS,                          )
WYCLIFFE CROOKS,                        )
SAMUEL CROSS,                           )
SEAFORD CROSS,                          )
BENEDICT CUFFY,                         )
CONDEL CUMMINGS,                        )
REGINALD CUMMINGS,                      )
ERIC CUNNINGHAM,                        )
VIVIAN CURRIE,                          )
DICKY DaCOSTA,                          )
DONOVAN DAILEY,                         )
CARLTON DALE,                           )
AVIEL DALEY,                            )
BERNARD DALEY,                          )
CARLTON DALEY,                          )
LASCELLES DALEY,                        )
LYNVAL DALEY,                           )
RANDAL DALEY,                           )
JOHN DANIEL,                            )
PETER DANIEL,                           )
ERROL DANIELS,                          )
ROSWELL DARBY,                          )
ERNEL DARCAS,                           )
ALEXANDER DARLINGTON,                   )
RUDOLPH DARLINGTON,                     )
HILDRETH DARROUX,                       )
JOSEPH DAVID,                           )
CLAUDIUS DAVIDSON,                      )
PAUL DAVIDSON,                          )
ANSEL DAVIS,                            )
COLIN DAVIS,                            )
JAMES DAVIS,                            )
LESTER DAVIS,                           )
RICHARD DAVIS,                          )
ROY DAVIS,                              )
WOODROW DAVIS,                          )
ALBAN DAVY,                             )
BALVIN DAVY,                            )
DENZIL DAVY,                            )

RANDAL DAVY,                      )
DONOVAN DAWES,                    )
GLENFORD DAWKINS,                )
CLOVESTAR DAWSON,                )
EVERTON DAWSON,                  )
ERROL DEANS,                     )
VERNON DEGAZON,                  )
GRAFTON DEGRADS,                 )
ANTOINE DEMILLE,                 )
ALBERT DENNIS,                   )
CYRIL DENNIS,                    )
KENNETH DENNIS,                  )
MARK DENNIS,                     )
VINCENT DENNIS,                  )
ALBERT DESCARTES,                )
MATHURIN DESCARTES,              )
ROBERT DESCARTES,                )
FEDELIS DESIR,                   )
WALFORD DICK,                    )
DENNIE DIXON,                    )
HAROLD DIXON,                    )
JOSEPH DIXON,                    )
ROY DIXON,                       )
ROYLYN DIXON,                    )
VERNON DIXON,                    )
CHARLES DOBSON,                  )
CARLTON DOEMAN,                  )
HARRY DOMVILLE,                  )
DENNIS DONALD,                   )
LESTER DONALDSON,                )
MICHAEL DONALDSON,               )
NEVILLE DONALDSON,               )
CORNELIUS DORLEON,               )
OSCAR DOTTIN,                    )
DELROY DOUGLAS,                  )
GLENMORE DOUGLAS,                )
WILLIAM DOUGLAS,                 )
CARLTON DOWMAN,                  )
LUPERT DOWNER,                   )
ROBERT DOWNER,                   )
EDWARD DRACKETT,                 )
WINSTON DRUMMOND,                )
DENTON DRYSDALE,                 )

- 11 -

LUKE DUBLIN,                           )
GARRICK DUFFUS,                        )
JOSEPH DUHANEY,                        )
ELVIS DUKE,                            )
ALPHANSO DUNCAN,                       )
PETER DUNCAN,                          )
WILBERT DUNCAN,                        )
DESMOND DUNKLEY,                       )
HUDSON DUNKLEY,                        )
JASPER DUNKLEY,                        )
VICTOR DUNKLEY,                        )
LLOYD DUNN,                            )
CURTEL DYER,                           )
LAWRENCE DYER,                         )
RENFORD EARLE,                         )
ROLAND EARLE,                          )
KENNETH EAST,                          )
VICTOR EBANKS,                         )
VINCENT ECCLESTON,                     )
ALDON EDWARDS,                         )
ANTHONY EDWARDS,                       )
CLINCIE EDWARDS,                       )
ELMORE EDWARDS,                        )
HENRY EDWARDS,                         )
JEFFERY EDWARDS,                       )
JOSEPH EDWARDS,                        )
LENROL EDWARDS,                        )
LEVI EDWARDS,                          )
MELVIN EDWARDS,                        )
OSWALD EDWARDS,                        )
RALPH EDWARDS,                         )
ROY EDWARDS,                           )
CLANSON ELLIOTT,                       )
ERVIN ELLIOTT,                         )
JAPHETH ELLIOTT,                       )
MOSES ELLIOTT,                         )
BERRSFORD ELLIS,                       )
DALTON ELLIS,                          )
GEORGE ELLIS,                          )
GEORGE ELLIS,                          )
JOHN ELLIS,                            )
NOEL ELLIS,                            )
RAYBURNE ELLIS,                        )

- 12 -

RUPERT ELLIS,                          )
TREVOR ELLIS,                          )
HOPETON ELSON,                         )
NICKLETON ELVIE,                       )
JAMES ELVY,                            )
WILSON EMMANUEL,                       )
WINSTON ENDEAVOR,                      )
VINCENT ERLISTON,                      )
DESMOND ERWING,                        )
ROCHESTER EUBANKS,                     )
DENNIS EVANS,                          )
DEVON EVANS,                           )
DONOVAN EVANS,                         )
SYLVESTER EVANS,                       )
ALBERT EVERETT,                        )
WINLEY EWART,                          )
PETE EWER,                             )
CAROL EWERS,                           )
AUSTIN FACEY,                          )
NOEL FACEY,                            )
DELROY FAIRCLOUGH,                     )
EVERTON FALLOON,                       )
GARFIELD FALLOON,                      )
DELROY FARQUHARSON,                    )
WINSTON FARQUHARSON,                   )
SHIRLEY FAULKNOR,                      )
ANCEL FEARON,                          )
ROY FEARON,                            )
GABRIEL FELIX,                         )
URIAH FERGUSON,                        )
BOVELL FINDLAY,                        )
SELVIN FINDLEY,                        )
ASTOR FINLAYSON,                       )
GEORGE FINN,                           )
CECIL FISHER,                          )
FITZROY FISHER,                        )
JERRY FISHER,                          )
JOSIAH FISHER,                         )
RICHARD FISHER,                        )
HERBERT FLYNN,                         )
CLINTON FORBES,                        )
GIBSON FORBES,                         )
KEITH FORBES,                          )

- 13 -

**LENFORD FORBES,**                   )
**LINTON FORBES,**                    )
**ROBERT FORBES,**                    )
**WENDEL FORBES,**                    )
**ALBERT FORD,**                      )
**WIGNAL FORGIE,**                    )
**CLIVE FOSTER,**                     )
**LENSON FOSTER,**                    )
**NEVILLE FOSTER,**                   )
**NEVILLE FOSTER,**                   )
**RAYMOND FOSTER,**                   )
**RODNEY FOSTER,**                    )
**SHEM FOSTER,**                      )
**ZEPHANIAH FOSTER,**                 )
**DOUGLAS FOWLER,**                   )
**JOHN FRAME,**                       )
**BERRISFORD FRANCIS,**              )
**CHRISTOPHER FRANCIS,**             )
**CLEVELAND FRANCIS,**               )
**DONOVAN FRANCIS,**                  )
**EDWARD FRANCIS,**                   )
**HUBERT FRANCIS,**                   )
**JAMES FRANCIS,**                    )
**NATHANIEL FRANCIS,**               )
**NORMAN FRANCIS,**                   )
**OSWALD FRANCIS,**                   )
**STANLEY FRANCIS,**                  )
**TREVOR FRANCIS,**                   )
**VASSELL FRANCIS,**                  )
**RESTWICK FRANCOIS,**               )
**ANTHONY FRASER,**                   )
**CLEVELAND FRASER,**                 )
**EARL FRATER,**                      )
**HANSEL FRATER,**                    )
**EVERTON FRAZER,**                   )
**GEORGE ROY FREDERICK,**            )
**VILROY FULLER,**                    )
**ROSNELL FULLERTON,**               )
**CECIL GABBIDON,**                   )
**ANTHONY GALLOWAY,**                )
**DENNIS GALLOWAY,**                  )
**JEFFETH GARDENER,**                )
**ERROL GARDNER,**                    )

- 14 -

DESMOND GARVEY,                          )
HORACE GARVEY,                           )
CLAYTON GAVIN,                           )
ALBERT GAYLE,                            )
CLYDE GAYLE,                             )
DESMOND GAYLE,                           )
RAPHAEL GAYLE,                           )
RAYMOND GAYLE,                           )
ROBERT GAYLE,                            )
RONAIE GAYLE,                            )
WESLEY GAYLE,                            )
WILTSHIRE GAYLE,                         )
RAWEL GAYNOR,                            )
DONALD GENTLES,                          )
VINCENT GENTLES,                         )
FRANCIS GEORGE,                          )
DAVID GEORGIES,                          )
OCTAVE GERVAIS,                          )
CLIVE GIBBS,                             )
HERBERT GILBERT,                         )
ALFRED GILLESPIE,                        )
NEVILLE GILLETT,                         )
DESMOND GIVANS,                          )
HUBERT GIVANS,                           )
JOHN GOLDING,                            )
BARRINGTON GONZALES,                     )
HUBERT GOODEN,                           )
RALSFORD GOODEN,                         )
CARL GORDON,                             )
CHARLES GORDON,                          )
CURTIS GORDON,                           )
DENSIL GORDON,                           )
EASTON GORDON,                           )
JOSIAH GORDON,                           )
JUNIOR GORDON,                           )
LAMBERT GORDON,                          )
LANSFORD GORDON,                         )
LEONARD GORDON,                          )
LEWIS GORDON,                            )
NOEL GORDON,                             )
PAUL GORDON,                             )
LASCELLES GRACE,                         )
ALVIN GRAHAM,                            )

BERESFORD GRAHAM,                    )
CLIFTON GRAHAM,                      )
DESMOND GRAHAM,                      )
FREDERICK GRAHAM,                    )
HARRIS GRAHAM,                       )
JUNIOR GRAHAM,                       )
LEVI GRAHAM,                         )
ROBERT GRAHAM,                       )
RONALD GRAHAM,                       )
RUFUS GRAHAM,                        )
CONSTANTINE GRANDISON,               )
BARRINGTON GRANT,                    )
COLVILLE GRANT,                      )
DONOVAN GRANT,                       )
EUSTACE GRANT,                       )
EVAN GRANT,                          )
FITZROY GRANT,                       )
FREDERICK GRANT,                     )
GLENDON GRANT,                       )
HAROLD GRANT,                        )
ISAAC GRANT,                         )
JACOB GRANT,                         )
LEROY GRANT,                         )
LEROY GRANT,                         )
OSCAR GRANT,                         )
RUPERT GRANT,                        )
SELVIN GRANT,                        )
VIRLEY GRANT,                        )
BASIL GRAY,                          )
GLADSTONE GRAY,                      )
HUBERT GRAY,                         )
LENFORD GRAY,                        )
OTHNIEL GRAY,                        )
CLINTON GRAYSON,                     )
ALVA GREEN,                          )
CECIL GREEN,                         )
CLINTON GREEN,                       )
DEVON GREEN,                         )
FRANKLYN GREEN,                      )
FRANKLYN GREEN,                      )
HASTING GREEN,                       )
MATHIAS GREEN,                       )
ORVILLE GREEN,                       )

ROBERT GREEN,                          )
WESLEY GREEN,                          )
THEOPHILUS GREENIDGE,                  )
EWART GREENWOOD,                       )
ALFRED GREEVES,                        )
GARFIELD GREY,                         )
DELROY GRIFFITHS,                      )
EDWARD GRIFFITHS,                      )
URIAH GRIFFITHS,                       )
CONROY GRUBER,                         )
THEODORE GURLEY,                       )
MELVIN GUTHRIE,                        )
ROY GUY,                               )
WINSTON GUY,                           )
ROBERT GYLES,                          )
CORDELL HALL,                          )
HEZEKIAH HALL,                         )
LEFORD HALL,                           )
NOEL HALL,                             )
RONALD HALL,                           )
CALVIN HAMILTON,                       )
DELVIN HAMILTON,                       )
ELTON HAMILTON,                        )
LESTER HAMILTON,                       )
CANUTE HANSON,                         )
PAUL HANSON,                           )
WINSTON HARDWARE,                      )
CONSTANTINE HARRIOTT,                  )
GEORGE HARRIOTT,                       )
JUNIOR HARRIOTT,                       )
GLENTON HARRIS,                        )
OWEN HARRIS,                           )
PATRICK HARRIS,                        )
LENBERT HARVEY,                        )
NORMAN HARVEY,                         )
AINSLEY HAUGHTON,                      )
JAMES HAUGHTON,                        )
JAMES HAUGHTON,                        )
CAULDRICK HAYWOOD,                     )
FRANCIS HAZELWOOD,                     )
DONALD HEATH,                          )
FERRON HEATH,                          )
TERROL HEMMINGS,                       )

- 17 -

WINSTON HENDERSON,                    )
GEORGE HENDRICKS,                     )
ROBERT HENLON,                        )
LLOYD HENNINGHAM,                     )
AZAN HENRY,                           )
BALTIMORE HENRY,                      )
BARRINGTON HENRY,                     )
CECIL HENRY,                          )
DAVID HENRY,                          )
DENCEL HENRY,                         )
DERMON HENRY,                         )
EZEKIEL HENRY,                        )
EZEKIEL HENRY,                        )
LINTON HENRY,                         )
RALSTON HENRY,                        )
RUPERT HENRY,                         )
SYLVESTER HENRY,                      )
UPTON HENRY,                          )
WINSTON HENRY,                        )
STEPHEN HERBERT,                      )
ELROY HERON,                          )
CARLTON HEWITT,                       )
DERRICK HEWITT,                       )
CALVIN HILL,                          )
ALVIN HINES,                          )
LLOYD HINES,                          )
MERVIN HIPPOLYTE,                     )
TIMOTHY HIPPOLYTE,                    )
OWEN HODGES,                          )
EVERSLEY HOLDER,                      )
RAYMOND HOLMES,                       )
REGINALD HOLMES,                      )
NEVILLE HOLNESS,                      )
RALPH HOLNESS,                        )
NOEL HONEYGAN,                        )
OCAL HOWARD,                          )
ERROL HOWELL,                         )
ISAAC HOWELL,                         )
ROBERT HOWELL,                        )
RUDOLPH HOWELL,                       )
LENNOX HOYTE,                         )
RAYMOND HUDSON,                       )
STANLEY HUGGINS,                      )

LINFORD HUGHES,                        )
DEXTER HUNTE,                          )
ALVIN HUNTER,                          )
ANTHONY HUTCHINSON,                    )
CECIL HUTCHINSON,                      )
DESSIEL HUTCHINSON,                    )
DONALD HUTTON,                         )
DALTON HYLTON,                         )
VINCENT HYLTON,                        )
MAXWELL INGRAM,                        )
JOSEPH ISIDORE,                        )
NORBERT ISIDORE,                       )
ERROL IVES,                            )
CALVERT JACKSON,                       )
CLARENCE JACKSON,                      )
DENHAM JACKSON,                        )
DONALD JACKSON,                        )
KARL JACKSON,                          )
LLOYD JACKSON,                         )
ROBERT JACKSON,                        )
WILBURN JACKSON,                       )
ANTOINE JAMES,                         )
BERRISFORD JAMES,                      )
ERICK JAMES,                           )
ERROL JAMES,                           )
ERROL JAMES,                           )
EVERALD JAMES,                         )
ORVILLE JAMES,                         )
RANSFORD JAMES,                        )
ROYFORD JAMES,                         )
TROJAN JAMES,                          )
VINCENT JAMES,                         )
HERMAN JAMIESON,                       )
LLOYD JAMIESON,                        )
DONOVAN JENNINGS,                      )
CLAUDE JHAGROO,                        )
DAVID JN-BAPTISTE,                     )
AGUSTUS JOHNSON,                       )
ALVIN JOHNSON,                         )
ARCHIBALD JOHNSON,                     )
ASTON JOHNSON,                         )
BERIS JOHNSON,                         )
BONNITA JOHNSON,                       )

**EGBERT JOHNSON,** )
**ERROL JOHNSON,** )
**FRANKLYN JOHNSON,** )
**HEADLEY JOHNSON,** )
**KENNEDY JOHNSON,** )
**LEMAND JOHNSON,** )
**NEVILLE JOHNSON,** )
**NOEL JOHNSON,** )
**NORMAN JOHNSON,** )
**OSMOND JOHNSON,** )
**ROY JOHNSON,** )
**WINSTON JOHNSON,** )
**YOUVILLE JOHNSON,** )
**ALFRED JONES,** )
**ALLISTER JONES,** )
**CLINTON JONES,** )
**DARLTON JONES,** )
**DELROY JONES,** )
**ERROL JONES,** )
**LINTON JORDON,** )
**PIERRE JOSEPH,** )
**ROMAULD JOSEPH,** )
**ADOLPHUS JOSEPHS,** )
**ORETTE JOSEPHS,** )
**LEONARD JOYLES,** )
**CHARLES JULY,** )
**WALTER JURDON,** )
**GLADSTONE KEANE,** )
**BYRON KELLY,** )
**CLIVE KELLY,** )
**JOSLYN KELLY,** )
**WILBERFORCE KELLY** )
**DESMOND KELLYMAN,** )
**HORACE KENT,** )
**VINCENT KERR,** )
**RICHARD KEYS,** )
**JEFFERSON KING,** )
**WALTER KING,** )
**COSTAN KIRBY**, )
**JAMES KITSON,** )
**JOEL KITSON,** )
**SOARES LAING,** )
**FITZROY LATOUCHE,** )

- 20 -

DANIEL LAURENT,                          )
MICHEL LAURENT,                          )
EVERALD LAWRENCE,                        )
HESTA LAWRENCE,                          )
LEBERT LAWRENCE,                         )
PATRICK LAWRENCE,                        )
RAYMOND LAWRENCE,                        )
SOLOMON LAWRENCE,                        )
VINCENT LAWRENCE,                        )
DENZIL LAWSON,                           )
ANTHONY LECKY,                           )
ERIC LEE,                                )
OSBOURNE LEGISTER,                       )
LENFORD LENNON,                          )
STEADMAN LESLIE,                         )
VINCENT LEVERMORE,                       )
EDGERTON LEVY,                           )
KENNETH LEVY,                            )
JOSEPH LEWIN,                            )
CLIVE LEWINSON,                          )
ARCHIBALD LEWIS,                         )
CECIL LEWIS,                             )
CLIFTON LEWIS,                           )
CLIVE LEWIS,                             )
DONALD LEWIS,                            )
DONOVAN LEWIS,                           )
HERMAN LEWIS,                            )
RAINFORD LEWIS,                          )
ROBERT LEWIS,                            )
SHERON LEWIS,                            )
STEPHEN LEWIS,                           )
WILLIAM LEWIS,                           )
ALPHEUS LINDSAY,                         )
PATRICK LINDSAY,                         )
ROGER LINDSAY,                           )
KERN LINGO,                              )
DESMOND LINTON,                          )
DOUGLAS LINTON,                          )
HENRY LINTON,                            )
ALPHAUS LIVINGSTON,                      )
NORVAL LLEWELYN,                         )
BARRINGTON LOCKE,                        )
ASLAIDE LODGE,                           )

HOWARD LONGMORE,                     )
PHILLIP LOPEZ,                       )
FRANCIS LOUISY,                      )
GREGOR LOUISY,                       )
ROY LOWE,                            )
BERTEL LOWERS,                       )
LEON LUKE,                           )
DERRICK LYNCH,                       )
LAUREL LYNCH,                        )
WAYNE LYNCH,                         )
KESNA LYONS,                         )
PATRICK LYONS,                       )
RENFORD LYONS,                       )
AARON LYTTLE,                        )
ASTLEY LYTTLE,                       )
EARL LYTTLE,                         )
EPHRAIM MALCOLM,                     )
DALBERT MANNING,                     )
LINVAL MANTLE,                       )
TREVOR MARAGH,                       )
NOEL MARKLAND,                       )
GLENFORD MARSHALL,                   )
LINTON MARSHALL,                     )
ORVILLE MARSHALL,                    )
OWEN MARSHALL,                       )
RAYMOND MARSHALL,                    )
ALPHANSO MARTIN,                     )
CASPER MARTIN,                       )
DONOVAN MARTIN,                      )
IVOR MARTIN,                         )
LINDON MARTIN,                       )
MORRIS MARTIN,                       )
WINSTON MARTIN,                      )
STEVE MASON,                         )
WINSTON MATHRA,                      )
VELWIT MATTHEWS,                     )
PRINCE MATTHIAS,                     )
GLENFORD MATTIS,                     )
CURTIS MAXWELL,                      )
WINSTON MAXWELL,                     )
RONALD MAYERS,                       )
ERROL McBAIN,                        )
RUDOLPH McBEAN,                      )

ERROL McCARTHY,                    )
LENRICK McCATTY,                   )
ALLAN McCOOK,                      )
PAUL McCORMACK,                    )
ALSTON McCREE,                     )
VERLEY McDERMOTH,                  )
JAMES McDONALD,                    )
JOSEPH McDONALD,                   )
LANSY McDONALD,                    )
NEVILLE McDONALD,                  )
ROY McDONALD,                      )
RUPERT McDONALD,                   )
VINCENT McDONALD,                  )
WILFRED McDONALD,                  )
CARLTON McFARLANE,                 )
ALTIMAN McGANN,                    )
SIMEON McGANN,                     )
URIAH McINNIS,                     )
ALPHANSO McINTOSH,                 )
CARL McINTOSH,                     )
DEVON McKAY,                       )
MIGUEL McKELLAR,                   )
ANSEL McKENZIE,                    )
FREDERICK McKENZIE,                )
GEORGE McKENZIE,                   )
IVANHOE McKENZIE,                  )
JOSLYN McKENZIE,                   )
LEONARD McKENZIE,                  )
LEROY McKENZIE,                    )
ONRICK McKENZIE,                   )
THEOPHILUS McKENZIE,               )
TREVOR McKENZIE,                   )
WENDEL McKENZIE,                   )
CLANMORE McKIE,                    )
GEORGE McKIE,                      )
CARL McKNIGHT,                     )
CLIVE McLAREN,                     )
ALEXANDER McLEAN,                  )
ALRICK McLEAN,                     )
COLLIN McLEAN,                     )
DERRICK McLEAN,                    )
GODFREY McLEAN,                    )
SAMUEL McLEAN,                     )

WINSTON McLEAN,                     )
ASTON McLEOD,                      )
GARELL McLEOD,                     )
WILISTER McLIESH,                  )
DONALD McMAHON,                    )
CHARLES McMURRIN,                  )
CALVIN McNAMEE,                    )
EARL McNAUGHT,                     )
ERIC McPHERSON,                    )
CALFORD MEADE,                     )
HILLARY MEEKS,                     )
CECIL MENDEZ,                      )
KEITH MENDEZ,                      )
SYLVESTER MENDEZ,                  )
DORRIE MENDIES,                    )
JUNIOR MIGNOTT,                    )
ALBERT MILLER,                     )
AUDLEY MILLER,                     )
DENNISTON MILLER,                  )
KENNETH MILLER,                    )
LANCE MILLER,                      )
LEFRANK MILLER,                    )
URIEL MILLER,                      )
BERESFORD MILLS,                   )
VINCENT MINOTT,                    )
FESTUS MINZIE,                     )
CLIFTON MITCHELL,                  )
GLENROY MITCHELL,                  )
MICHAEL MITCHELL,                  )
MICHAEL MONROSE,                   )
LINCOLN MONTAQUE,                  )
TWIDLING MONTEQUE,                 )
DAVID MOORE,                       )
DEVON MOORE,                       )
LLOYD MOORE,                       )
MICHAEL MOORE,                     )
WINSTON MOORE,                     )
DELROY MORGAN,                     )
EDMOND MORGAN,                     )
KERMIT MORGAN,                     )
OWEN MORGAN,                       )
PETER MORGAN,                      )
RANFORD MORGAN,                    )

RUPERT MORGAN,                    )
SYLVESTER MORGAN,                 )
CECIL MORRIS,                     )
DELROY MORRIS,                    )
JOHNNY MORRIS,                    )
LEROY MORRIS,                     )
DANFORD MORRISON,                 )
ELI MORRISON,                     )
TREVOR MORRISON,                  )
SOLOMON MOTHERSILL,               )
FLORIZEL MOWATT,                  )
HENRY MUIR,                       )
PATRICK MUIRHEAD,                 )
ALPHAEUS MULLINGS,                )
ARRICK MULLINGS,                  )
BASIL MUNROE,                     )
LENNOX MUNROE,                    )
DERRICK MURPHY,                   )
ALVIN MURRAY,                     )
OSCAR MURRAY,                     )
PETER MURRAY,                     )
RICHARDSON MURRAY,                )
BENJAMIN MYERS,                   )
EVAN MYERS,                       )
HORACE MYERS,                     )
VINCENT MYERS,                    )
FREDERICK MYLES,                  )
ELIAS NEIL,                       )
WINSTON NEIL,                     )
AUGUSTUS NELSON,                  )
BERTRAM NELSON,                   )
ERROL NELSON,                     )
HOPETON NELSON,                   )
NATHANIEL NELSON,                 )
SELVIN NELSON,                    )
ZACKY NELSON,                     )
GLANSIE NEPHEW,                   )
KENSIL NEVERS,                    )
GREGORY NEVERSOM,                 )
ODOLPH NEWMAN,                    )
IVAN NEWTON,                      )
WINSTON NEWTON,                   )
PRINCE NICHOLLS,                  )

- 25 -

| | |
|---|---|
| TYRONE NICHOLLS, | ) |
| LIONEL NICHOLSON, | ) |
| MICHAEL NOEL, | ) |
| CHARLES NORRIS, | ) |
| LYNVAL NOTICE, | ) |
| CRIDLAND NUGENT, | ) |
| LLOYD NUGENT, | ) |
| PHILLIP OAKLEY, | ) |
| BERTRAM OATES, | ) |
| ROY O'CONNOR, | ) |
| DENNIS OLIPHANT, | ) |
| FREDERICK OLIPHANT, | ) |
| ASTON OLIVER, | ) |
| ROLAND OLIVER, | ) |
| JUSTIN OLLIVIERRE, | ) |
| DONALD ORMSBY, | ) |
| IVAN ORMSBY, | ) |
| HERMAN OSBOURNE, | ) |
| LEELAND OSBOURNE, | ) |
| MARSHALL OSBOURNE, | ) |
| ALVIN PALMER, | ) |
| FIDEL PALMER, | ) |
| JUBERT PALMER, | ) |
| RICHARD PALMER, | ) |
| ROBERT PALMER, | ) |
| MAURICE PALTON, | ) |
| DELFORD PANTON, | ) |
| NORMAN PANTON, | ) |
| DENVA PARCHMENT, | ) |
| DUDLEY PARKES, | ) |
| NORMAN PARKES, | ) |
| ASLEY PARKINSON, | ) |
| KENROY PARKINSON, | ) |
| MICHAEL PARKS, | ) |
| DANIEL PASCOE, | ) |
| ANTHONY PATTERSON, | ) |
| BYRON PATTERSON, | ) |
| JOHN PATTERSON, | ) |
| ANTHONY PAUL, | ) |
| JOSEPH AVAN PAUL, | ) |
| WITTENELLA PEARSON, | ) |
| CARLTON PEART, | ) |
| ERIC PEDDIE, | ) |

**ALTIMORE PERRY,** )
**FITZBERT PERRY,** )
**VINTON PERRY,** )
**DELROY PESSOA,** )
**ROBERT PETER,** )
**MELTON PHILLIPS,** )
**MONIVET PHILLIPS,** )
**EZEKIEL PHIPPS,** )
**VASSEL PHOENIX,** )
**NIGEL PIERRE,** )
**LASCELLES PINNOCK,** )
**LISTON PINNOCK,** )
**MELBOURNE PINNOCK,** )
**SAMUEL PINNOCK,** )
**WINSTON PLANTER,** )
**LESBURN PLATT,** )
**HERBERT PLINTON,** )
**RAYMOND POMPEY,** )
**MOSES POPE,** )
**NEVILLE PORTER,** )
**HOWARD POTTINGER,** )
**ALBERT POWELL,** )
**AUDLEY POWELL,** )
**BALZIE POWELL,** )
**CLARENCE POWELL,** )
**DERRICK POWELL,** )
**LENFORD POWELL,** )
**LEONARD POWELL** )
**RODERICK POWELL,** )
**ROY POWELL,** )
**TRISTON POWELL,** )
**VINCENT POWELL,** )
**ERROL PRAWL,** )
**CEDRIC PRESCOTT,** )
**CARLISLE PRICE,** )
**WELLESLEY PRINCE,** )
**SEAFORD PRINGLE,** )
**ASTON PRYCE,** )
**CLIFTON PRYCE,** )
**LEBERT PRYCE,** )
**GEORGE QUASHIE,** )
**JAMES RAFFINGTON,** )
**CHNADRAM RAMROOP,** )

CEDRIC RAMSAY,             )
SEDLEY RAMSAY,          )
WINSTON RAMSAY,       )
LEROY RANGER,           )
OWEN RANKIN,           )
LYNVAL RANKINE,        )
JOSEPH RAPHAEL,       )
MANSFIELD RATTRAY,   )
NOBLE RAYMOND,        )
DONALD RAYNOR,        )
RIPTON REECE,           )
EDDISTON REID,          )
FEDRICK REID,           )
HUGH REID,              )
LLOYD REID,             )
ORAL REID,              )
RODERICK REID,         )
SAMUEL REID,           )
STEPHEN REID,          )
THOMAS REID,           )
WILLIAM REID,          )
KEITH RENFORD,        )
EDGAR RENNIE,          )
CECIL RHOOMES,        )
ALMAN RICHARDS,      )
CONRAD RICHARDS,     )
DANIEL RICHARDS,      )
DUET RICHARDS,        )
ERROL RICHARDS,       )
LENFORD RICHARDS,   )
MICHAEL RICHARDS,   )
NORMAN RICHARDS,    )
SAMUEL RICHARDS,    )
STANLEY RICHARDS,   )
STANLEY RICHARDS,   )
WEBSTER RICHARDS,   )
DUDLEY RICKETTS,     )
LEONARD RICKETTS,   )
LLOYD RICKMAN,        )
RAYMOND RILEY,        )
MILFORD ROBB,         )
NORMAN ROBB,         )
AMOS ROBERTS,         )

| | |
|---|---|
| DAYTON ROBERTS, | ) |
| LLOYD ROBERTS, | ) |
| TREVOR ROBERTS, | ) |
| CLEON ROBINSON, | ) |
| COLLIMORE ROBINSON, | ) |
| CONROY ROBINSON, | ) |
| DAVID ROBINSON, | ) |
| DAVID ROBINSON, | ) |
| DEANS ROBINSON, | ) |
| GLADSTON ROBINSON, | ) |
| HENRY ROBINSON, | ) |
| KEITH ROBINSON, | ) |
| KENNETH ROBINSON, | ) |
| LINDWALL ROBINSON, | ) |
| LODRICK ROBINSON, | ) |
| NORRIS ROBINSON, | ) |
| TOBIAS ROBINSON, | ) |
| ROMEL ROCHESTER, | ) |
| DERYCK RODNEY, | ) |
| CLEVELAND ROLAND, | ) |
| ADOLPHUS ROPER, | ) |
| DELROY ROPER, | ) |
| ELDIN ROPER, | ) |
| BYRON ROSE, | ) |
| HOWARD ROSE, | ) |
| LLOYD ROSE, | ) |
| MARK ROSE, | ) |
| NOEL ROSE, | ) |
| PAUL ROSE, | ) |
| WESLEY ROSEWAY, | ) |
| FELIX ROSS, | ) |
| GEORGE ROSS, | ) |
| LESTER ROSS, | ) |
| ROY ROSS, | ) |
| ALBERT ROWE, | ) |
| DAVID ROWE, | ) |
| JUNIOR ROWE, | ) |
| ROY ROWE, | ) |
| WILLARD ROWE, | ) |
| FITZROY ROYE, | ) |
| VOLNEY RUDOLPH, | ) |
| KENNETH RUMBLE, | ) |
| MERRITT RUMBLE, | ) |

| | |
|---|---|
| ERIC RUSSELL, | ) |
| LENFORD RUSSELL, | ) |
| CHEVANNES SALMON, | ) |
| CURTIS SALMON, | ) |
| GERALD SALMON, | ) |
| KEITH SALMON, | ) |
| MARZOUCA SALMON, | ) |
| MILTON SALMON, | ) |
| REGINALD SALMON, | ) |
| RUPERT SALMON, | ) |
| WINSTON SALMON, | ) |
| AURTNEL SAMUELS, | ) |
| DELROY SAMUELS, | ) |
| DENNIS SAMUELS, | ) |
| DERRICK SAMUELS, | ) |
| EDWARD SAMUELS, | ) |
| IZETT SAMUELS, | ) |
| NEVILLE SAMUELS, | ) |
| ROY SAMUELS, | ) |
| URIEL SAMUELS, | ) |
| COURTNEY SANCROFT, | ) |
| COLLINGTON SANGSTER, | ) |
| SAMUEL SANTO, | ) |
| CECIL SAUNDERS, | ) |
| GLENDON SCARLETT, | ) |
| PHILBERT SCARLETT, | ) |
| WINSTON SCARLETT, | ) |
| ORLANDO SCATTER, | ) |
| ANTHONY SCOTT, | ) |
| DENNIS SCOTT, | ) |
| DENNIS SCOTT, | ) |
| KENNETH SCOTT, | ) |
| LIVINGSTON SCOTT, | ) |
| MOSES SCOTT, | ) |
| RALSTON SCOTT, | ) |
| ROBERT SCOTT, | ) |
| ROBESS SEBASTIEN, | ) |
| ARTHUR SENIOR, | ) |
| FEDRICK SENIOR, | ) |
| IRVINE SEYMOUR, | ) |
| JOSEPH SHAKESPEARE, | ) |
| CARLTON SHAND, | ) |
| JOEL SHARPE, | ) |

**LEONARD SHARPE,**                     )
**CLAYTON SHAW,**                       )
**CLINTON SHAW,**                       )
**EARL SHAW,**                          )
**PERCIVAL SHAW,**                      )
**RIVINGTON SHAW,**                     )
**VAREL SHIRLEY,**                      )
**HUDSON SHORTTE,**                     )
**RONALD SIBBLE,**                      )
**KEITH SIMMOND,**                      )
**LIVINGSTON SIMMONDS,**                )
**GLADSTONE SIMMONS,**                  )
**MILLIN SIMMONS,**                     )
**SYDNEY SIMMONS,**                     )
**JOSEPH SIMMS,**                       )
**LEVI SIMMS,**                         )
**WYCLIFFE SIMON,**                     )
**CALBERT SIMPSON,**                    )
**GLENRICK SIMPSON,**                   )
**JEFFREY SIMPSON,**                    )
**LUEN SIMPSON,**                       )
**TITUS SIMPSON,**                      )
**VALENTINE SIMPSON,**                  )
**LINTON SINCLAIR,**                    )
**SELVIN SINCLAIR,**                    )
**THOMAS SINCLAIR,**                    )
**HERRISTON SLATER,**                   )
**LLOYD SLOWLY,**                       )
**LIVINGSTONE SMALL,**                  )
**KEITH SMALLING,**                     )
**LEON SMALLING,**                      )
**SYLON SMALLING,**                     )
**FRANKLYN SMART,**                     )
**ALGET SMITH,**                        )
**ALPHANSO SMITH,**                     )
**ARTHUR SMITH,**                       )
**ASHLEY SMITH,**                       )
**BASIL SMITH,**                        )
**BRENTON SMITH,**                      )
**CLEVE SMITH,**                        )
**CLIVE SMITH,**                        )
**CREECH SMITH,**                       )
**DELROY SMITH,**                       )

- 31 -

GLENROY SMITH,                     )
HERNIS SMITH,                      )
JAMES SMITH,                       )
KENNETH SMITH,                     )
KENNETH SMITH,                     )
LEROY SMITH,                       )
LLOYD SMITH,                       )
MICHAEL SMITH,                     )
MICHAEL SMITH,                     )
RUPERT SMITH,                      )
WILBERT SMITH,                     )
WILFRED SMITH,                     )
NIGEL SOBERS,                      )
RONALD SOBERS,                     )
CONROY SOLOMON,                    )
ALBERT SOMMERVILLE,                )
MANZIE SOUIN,                      )
ANTHONY SOUTH,                     )
CECIL SOUTH,                       )
EGERTON SPAULDING,                 )
LAUREANCE SPAULDING,               )
ERVIN SPENCE,                      )
JOSEPH SPENCE,                     )
LEON SPENCE,                       )
EGBERT SPENCER,                    )
EVANS SPENCER,                     )
VALENTINE SPENCER,                 )
CARL SPOONER,                      )
GARNET SPOONER,                    )
VALROY STAPLE,                     )
NORRIS STAPLETON,                  )
ANTHONY ST. BRICE,                 )
VALENTINE STEDFORD,                )
CARL STEPHENS,                     )
FITZIE STEPHENS,                   )
LLOYD STEPHENS,                    )
CARL STEPHENSON,                   )
CLEVELAND STEPHENSON,              )
DERRICK STEPHENSON,                )
NORMAN STEPHENSON,                 )
PAUL STEPHENSON,                   )
LASCELLES STERLING,                )
ANTHONY STEWART,                   )

| | |
|---|---|
| **AUDLEY STEWART,** | ) |
| **DEVON STEWART,** | ) |
| **EMILE STEWART,** | ) |
| **ERROL STEWART,** | ) |
| **HERBERT STEWART,** | ) |
| **KINGSLEY STEWART,** | ) |
| **LEONARD STEWART,** | ) |
| **ONEIL STEWART,** | ) |
| **PHILEMAN STEWART,** | ) |
| **CORNELIUS ST. LUCE,** | ) |
| **VICTOR ST. MARTIN,** | ) |
| **GODFREY STONE,** | ) |
| **ROY STONE,** | ) |
| **STEVE STOUTE,** | ) |
| **NATHANIEL STRAKER,** | ) |
| **NELSON ST. ROSE,** | ) |
| **GARFIELD SUTHERLAND,** | ) |
| **ALVIN SWABY,** | ) |
| **CLARENCE SWABY,** | ) |
| **CLAUDE SWABY,** | ) |
| **NIGEL SWABY,** | ) |
| **LENFORD TABANOR,** | ) |
| **FITZROY TAITAM,** | ) |
| **ROY TALBERT,** | ) |
| **NEVILLE TAPPER,** | ) |
| **ALPHANSO TAYLOR,** | ) |
| **DESMOND TAYLOR,** | ) |
| **GEORGE TAYLOR,** | ) |
| **HENRY TAYLOR,** | ) |
| **HYLTON TAYLOR,** | ) |
| **PATRICK TAYLOR,** | ) |
| **WINSTON TAYLOR,** | ) |
| **ANDREW TENNANT,** | ) |
| **GLENN THAXTER,** | ) |
| **HERRON THAXTER,** | ) |
| **CARL THOMAS,** | ) |
| **CHARLES THOMAS,** | ) |
| **CLEVELAND THOMAS,** | ) |
| **DELROY THOMAS,** | ) |
| **ERROL THOMAS,** | ) |
| **GLENFORD THOMAS,** | ) |
| **HENRY THOMAS,** | ) |
| **JOHN THOMAS,** | ) |

KENNETH THOMAS,                    )
KITSON THOMAS,                     )
LAFORD THOMAS,                     )
LEONARD THOMAS,                    )
LEROY THOMAS,                      )
LESNAVIS THOMAS,                   )
MAXIE THOMAS,                      )
OWEN THOMAS,                       )
PASCELL THOMAS,                    )
RIDLEY THOMAS,                     )
SEYMOUR THOMAS,                    )
SYLVESTER THOMAS,                  )
VINCENT THOMAS,                    )
WELLESLY THOMAS,                   )
WILLOUGHBY THOMAS,                 )
ALFRED THOMPSON,                   )
ALFRED THOMPSON,                   )
ANTHONY THOMPSON,                  )
CLINTON THOMPSON,                  )
CLIVE THOMPSON,                    )
EDWIN THOMPSON,                    )
GARFIELD THOMPSON,                 )
GEORGE THOMPSON,                   )
GRANTLEY THOMPSON,                 )
HERCHELL THOMPSON,                 )
IAN THOMPSON,                      )
JOHN THOMPSON,                     )
JOHN THOMPSON,                     )
KENNETH THOMPSON,                  )
LEFORD THOMPSON,                   )
LEO THOMPSON,                      )
MILTON THOMPSON,                   )
NOEL THOMPSON,                     )
NOEL THOMPSON,                     )
OSBOURNE THOMPSON,                 )
PATRICK THOMPSON,                  )
REUBEN THOMPSON,                   )
RICKEY THOMPSON,                   )
TALBERT THOMPSON,                  )
WALTER THOMPSON,                   )
CLIVE THORPE,                      )
EVON TOBAN,                        )
ERROL TOMLINSON,                   )

| | |
|---|---|
| HEADLEY TOMLINSON, | ) |
| EDMUND TOPPIN, | ) |
| FRED TOUSSAINT, | ) |
| REYNOLD TOUSSAINT, | ) |
| SAMUEL TUCKER, | ) |
| DENNIS TULLOCH, | ) |
| LESTER TULLOCH, | ) |
| MELBOURNE TULLOCH, | ) |
| HENRY TURNER, | ) |
| HORACE TURNER, | ) |
| JOSLYN TURNER, | ) |
| EUKEN TYRELL, | ) |
| ANTHONY VALCIN, | ) |
| RADCLIFFE VALENTINE, | ) |
| ROY VALENTINE, | ) |
| EVERALD VASSELL, | ) |
| MILTON VASSELL, | ) |
| RAYMOND VASSELL, | ) |
| SIDONIA VASSELL. | ) |
| TREVOR VASSELL, | ) |
| VINCENT VASSELL, | ) |
| LORNEL VENSON, | ) |
| LENFORD VERNON, | ) |
| LIVINGSTON VIRGIN, | ) |
| JAMES VIRGO, | ) |
| GLEYRA WAITE, | ) |
| LANCELOT WAITE, | ) |
| DESMONT WALCOTT, | ) |
| CARLTON WALKER, | ) |
| CARLTON WALKER, | ) |
| ERIEL WALKER, | ) |
| EVERALD WALKER, | ) |
| HERBERT WALKER, | ) |
| JONATHAN WALKER, | ) |
| LEON WALKER, | ) |
| LEROY WALKER, | ) |
| TREVOR WALKER, | ) |
| DAVID WALLACE, | ) |
| DELROY WALLACE, | ) |
| GEORGE WALLACE, | ) |
| PHILLIP WALLACE, | ) |
| SAMUEL WALLACE, | ) |
| STEFAN WALLACE, | ) |

- 35 -

**VINCENT WALLACE,**                    )
**BERTRAM WALTERS,**                    )
**DANIEL WALTERS,**                     )
**ERROL WALTERS,**                      )
**EZRA WALTERS,**                       )
**MICHAEL WALTERS,**                    )
**CECIL WARDROBE,**                     )
**UTON WATKIS,**                        )
**ALPHEUS WATSON,**                     )
**CARLTON WATSON,**                     )
**DAVID WATSON,**                       )
**DENNIS WATSON,**                      )
**DEVON WATSON,**                       )
**ERROL WATSON,**                       )
**KENNETH WATSON,**                     )
**NORRIS WATSON,**                      )
**OSWIN WATSON,**                       )
**RENEL WATSON,**                       )
**BRYAN WATSON,**                       )
**DENTON WEBB,**                        )
**CALVIN WEBSTER,**                     )
**JEFFREY WEIR,**                       )
**CALVIN WELCOME,**                     )
**GILBERT WELLINGTON,**                 )
**ALGERNON WHITE,**                     )
**CLIFFORD WHITE,**                     )
**DEVON WHITE,**                        )
**JOSEPH WHITE,**                       )
**LANCELOT WHITE,**                     )
**LECENT WHITE,**                       )
**SELBOURNE WHITE,**                    )
**VINCENT WHITE,**                      )
**WOODLEY WHITE,**                      )
**LEROY WHITELOCK,**                    )
**DAVID WHITFIELD,**                    )
**LOXLEY WHITTER,**                     )
**TREVOR WHITTINGTON,**                 )
**ENOCH WHYTE,**                        )
**RAYMOND WHYTE,**                      )
**VINCENT WHYTE,**                      )
**LEONARD WIGGAN,**                     )
**SCHOFIELD WILKINSON,**                )
**ALLAN WILLIAMS,**                     )

| | |
|---|---|
| **BARRINGTON WILLIAMS,** | ) |
| **BASIL WILLIAMS,** | ) |
| **BASIL WILLIAMS,** | ) |
| **BYRON WILLIAMS,** | ) |
| **CALVIN WILLIAMS,** | ) |
| **CHARLES WILLIAMS,** | ) |
| **DAVID WILLIAMS,** | ) |
| **HUBERT WILLIAMS,** | ) |
| **JEREMIAH WILLIAMS,** | ) |
| **JOHN WILLIAMS,** | ) |
| **JOHNEY WILLIAMS,** | ) |
| **KENROY WILLIAMS,** | ) |
| **KIPPLING WILLIAMS,** | ) |
| **LASTON WILLIAMS,** | ) |
| **McKINLEY WILLIAMS,** | ) |
| **MICHAEL WILLIAMS,** | ) |
| **NIGEL WILLIAMS,** | ) |
| **PAUL WILLIAMS,** | ) |
| **SAMUEL WILLIAMS,** | ) |
| **SILBURNE WILLIAMS,** | ) |
| **STANLEY WILLIAMS,** | ) |
| **STILLMAN WILLIAMS,** | ) |
| **TENNIS WILLIAMS,** | ) |
| **UCAL WILLIAMS,** | ) |
| **VINCENT WILLIAMS,** | ) |
| **VINCENT WILLIAMS,** | ) |
| **WINSTON WILLIAMS,** | ) |
| **CARTER WILLIAMSON,** | ) |
| **LLOYD WILLIAMSON,** | ) |
| **RICHARD WILLIAMSON,** | ) |
| **ROY WILLIAMSON,** | ) |
| **VIBERT WILLIAMSON,** | ) |
| **DONALD WILLIS,** | ) |
| **JOHN WILSHIRE,** | ) |
| **ALEXANDER WILSON,** | ) |
| **EMMANUEL WILSON,** | ) |
| **JOSEPH WILSON,** | ) |
| **KENNARD WILSON,** | ) |
| **ROLLIN WILSON,** | ) |
| **THEOPHILUS WITTER,** | ) |
| **RAYMOND WOLFE,** | ) |
| **HARVEY WORRELL,** | ) |
| **DAVID WRAY,** | ) |

| | |
|---|---|
| **DESMOND WRAY,** | ) |
| **PAUL WRAY,** | ) |
| **AUGUSTUS WRIGHT,** | ) |
| **BARRANT WRIGHT,** | ) |
| **BYRAN WRIGHT,** | ) |
| **CALVIN WRIGHT,** | ) |
| **CECIL WRIGHT,** | ) |
| **CLIFFORD WRIGHT,** | ) |
| **VINCENT WRIGHT,** | ) |
| **HOWARD WYNTER,** | ) |
| **DANIEL YOUNG,** | ) |
| **JOHNATHAN YOUNG,** | ) |
| **NEVILLE YOUNG,** | ) |
| **ROY YOUNG,** | ) |
| **SIMEON YOUNG and,** | ) |
| **SIMON ZEDRA,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **OSCEOLA FARMS CO,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## AMENDED COMPLAINT FOR DAMAGES,
## COSTS OF LITIGATION, AND ATTORNEY'S FEE

## PRELIMINARY STATEMENT

1. This is an action by 1597 migrant agricultural workers to secure and vindicate rights afforded them under their employment contracts with Defendant Osceola Farms Co. The Plaintiffs were employed by Osceola Farms Co to hand-harvest sugar cane in and near Palm Beach County, Florida during the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and/or 1992-93 south Florida sugar cane harvests.

- 38 -

2.  The Plaintiffs are Caribbean nationals who were admitted to the United States as temporary agricultural workers, commonly referred to as "H-2A workers."  The Plaintiffs were employed under contracts with Osceola Farms Co, the terms of which were primarily dictated by federal regulations.   Among the specific regulatory terms included in the work contracts was a promise that each worker would be paid at least the federal adverse effect wage rate for his cane-cutting labor.  The Plaintiffs allege that throughout the six harvest seasons, Osceola Farms Co breached its employment contracts with them by failing to pay them less than the wages promised in their work contracts.

3.  The Plaintiffs seek an award of money damages to make each of them whole for damages suffered due to the contractual breaches by Osceola Farms Co.

## JURISDICTION

4.   Jurisdiction is conferred upon this Court by 28 U.S.C. § 1331, this action arising under the laws of the United States.

## VENUE

5.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(c).

## PARTIES

6.  The Plaintiffs are nationals of Jamaica, Barbados, the Commonwealth of Dominica, Grenada, St. Lucia, St. Vincent and the Grenadines or Trinidad and Tobago.  Each of the Plaintiffs was admitted to the United States on a temporary basis pursuant to 8 U.S.C. §

1101(a)(15)(H)(ii)(a) for employment with Defendant Osceola Farms Co during the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 or 1992-93 south Florida sugar cane harvests.

7. Defendant Osceola Farms Co is a closely-held Florida corporation based in Palm Beach County, Florida which is engaged in the production, harvesting and milling of sugar cane in Palm Beach, Martin and Hendry Counties, Florida.

## FACTS

8. An agricultural employer in the United States may import aliens to perform labor of a temporary nature if the U.S. Department of Labor certifies that (1) there are insufficient available workers within the United States to perform the job, and (2) the employment of aliens will not adversely affect the wages and working conditions of similarly-situated U.S. workers. 8 U.S.C. §§ 1101(a)(15)(H)(ii)(a) and 1188 (a)(1). Aliens admitted in this fashion are commonly referred to as "H-2A workers."

9. Agricultural employers seeking the admission of H-2A workers must first file a temporary labor certification application with the U.S. Department of Labor. 20 C.F.R. §§ 655.101(a)(1) and (b)(1). This application must include a job offer, commonly referred to as a "clearance order" or "job order," complying with applicable regulations, which is used in the recruitment of both U.S. and H-2A workers. 20 C.F.R. § 655.101(b)(1). Pursuant to 20 C.F.R. § 653.501(d)(3), the clearance orders are required to set forth all material terms and conditions of the job offering and hiring.

10. Federal regulations establish the minimum benefits, wages, and working conditions

that must be offered in order to avoid adversely affecting similarly-situated U.S. workers.  20

C.F.R. §§ 655.0(a)(2), 655.102(b), and 655.103.   Among these terms is a requirement that

workers be paid at least the applicable adverse effect wage rate or prevailing wage, whichever is

higher, for every hour or portion thereof worked during a pay period.  20 C.F.R. §§

655.102(b)(9)(i) and (ii).

11.   The adverse effect wage rate for each state is published annually by the United States

Department of Labor.   For the years encompassed in this litigation, the applicable adverse effect

wage rates or prevailing wage rates for Florida sugar cane were as follows:

| | |
|------|---------|
| 1987 | $ 5.30 |
| 1988 | $ 5.30 |
| 1989 | $ 5.30 |
| 1990 | $ 5.30 |
| 1991 | $ 5.38 |
| 1992 | $ 5.68 |
| 1993 | $ 5.91 |

12.   Defendant Osceola Farms Co is engaged in the production and harvesting of sugar

cane in Palm Beach and other south Florida counties.  Each year, Osceola Farms Co harvests

cane for approximately six months, with the height of the harvest usually extending from

November through March.   Prior to 1994, the vast majority of the sugar cane harvested by

Osceola was hand-cut by workers using machetes.

13.   Because of its historical inability to recruit sufficient domestic workers for sugar

cane harvesting work, Osceola Farms Co applied for certification to employ temporary foreign

workers through the H-2A program, as described in Paragraphs 8, 9 and 10, for the 1987-88,

1988-89, 1989-90, 1990-91, 1991-92 and 1992-93 south Florida sugar cane harvest seasons.

14.   As part of the requirements for obtaining temporary labor certification, and pursuant

to the Wagner-Peyser Act of 1933, 29 U.S.C. §§ 49, *et seq.*, Osceola Farms Co recruited hand-

harvesters through the Interstate Clearance System by filing job offers, called "clearance orders",

with the local Florida job service office.  When sufficient domestic workers were not found,

Osceola recruited foreign farm workers, including the Plaintiffs, pursuant to the same terms and

conditions of work offered to domestic workers in the clearance orders described above.  For

each sugar cane harvest season from 1987-88 through 1992-93, Osceola Farms Co received

temporary labor certification for and ultimately employed in excess of 800 H-2A workers from

the West Indies.

15.   The Plaintiffs are farm workers who worked for Osceola Farms Co as hand-

harvesters of sugar cane in Palm Beach County and other Florida counties during the period from

1987-88 through the 1992-93 harvesting seasons.   Each of these individuals was admitted to the

United States as an H-2A worker under the terms of Osceola Farms Co's clearance orders.

16.   The Plaintiffs accepted the terms of offering as set forth in Osceola Farms Co's

clearance orders orally or by signing form documents entitled "Agreement for the Employment of

United States Agricultural Workers" or "Agreement for Employment of West Indian Agricultural

Workers in the United States of America".  These form agreements incorporate, as a matter of

law, the terms and conditions of employment set forth in the clearance orders.

17.   The Plaintiffs worked hand-harvesting sugar cane for Osceola Farms Co at various

points during the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and/or 1992-93 south Florida

sugar cane harvests.

18.   Throughout the 1987-88, 1988-89, 1989-90, 1990-91, 1991-92 and 1992-93 south Florida sugar cane harvests, Defendant Osceola Farms Co breached the terms of the employment contracts as embodied by the clearance orders by paying the Plaintiffs at a rate of compensation lower than that set forth in the clearance orders.   Among other things, Osceola Farms Co failed to supplement the piece-rate earnings of the Plaintiffs as required by the clearance orders and 20 C.F.R. § 655.102(b)(9)(ii)(A) so as to ensure that each worker's pay period earnings were at least equal to the adverse effect wage rate.

19.   The Plaintiffs have been damaged by Osecola Farms Co's breach of contract as aforesaid by their failure to receive the compensation to which they were entitled under their respective contracts of employment with Osceola Farms Co.

20.   The Plaintiffs have performed or there have occurred all conditions precedent to the maintenance of this action.

## PRAYER FOR RELIEF.

WHEREFORE, the Plaintiffs request that this Court enter an order:

a.      Awarding damages against Osceola Farms Co and in favor of the Plaintiffs in amounts equal to the lost wages resulting from Osceola Farms Co's breaches of its employment contracts, together with lawful interest thereon from the date the wages were due;

b.      Awarding the Plaintiffs a reasonable attorney's fee pursuant to Fla. Stat. § 448.08;

c.      Awarding the Plaintiffs the costs of this action; and

d.     Granting such further relief as this Court deems just and appropriate.

           Respectfully submitted,


           Gregory S. Schell
           Florida Bar Number 287199
           MIGRANT FARMWORKER JUSTICE PROJECT
           508 Lucerne Avenue
           Lake Worth, Florida   33460-3819
           Telephone:    (561) 582-3921
           Facsimile:    (561) 582-4884
           e-mail:       Greg@Floridalegal.Org


           David L. Gorman
           Florida Bar Number 222453
           DAVID L. GORMAN, P.A.
           618 U.S. Highway One, Suite 303
           North Palm Beach, Florida 33408
           Telephone:    (561) 842-0808
           Facsimile:    (561) 842-0914
           e-mail:       DLGorman@Bellsouth.Net


           James K. Green
           Florida Bar Number 229466
           222 Lakeview Avenue, Suite 1630
           West Palm Beach, Florida 33401-6145
           Telephone:    (561) 659-2029
           Facsimile:    (561) 655-1357
           e-mail:       JamesKGreen@Bellsouth.Net


           Attorneys for Plaintiffs


By:    _____
           Gregory S. Schell

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and accurate copies of the foregoing have been furnished by facsimile transmission and by first class United States mail, postage prepaid, to Robert C.L. Vaughan of Squire, Sanders & Dempsey, LLP, counsel of record for Defendant Osceola Farms Co., 200 S. Biscayne Boulevard, Suite 4000, Miami, Florida 33131-2398, this 20th day of February, 2006.

Gregory S. Schell

- 45 -